# EXHIBIT B



10008165/10008165
PENINSULA GOLF
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

Delivery Address
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

## Repeat printout

## INVOICE

| Invoice no. | Date | Currency | Terms of delivery | Value date | Page No. |
|---|---|---|---|---|---|
| 385069290 | 05/31/2006 | USD | EXW  LONDONDERRY | 06/01/2006 | 1 |

S/BO - SHIP AS AVAIL.

ADJUSTED PER PAUL  JB

| Item | Material | Description | Qty | Price | Value |
|---|---|---|---|---|---|
| 000070 | 3985300797 | Golf Women's Casual Wh/Ice W Leath/Croco | 5 PAA | | |

Our Order 2815841/000070
Size          36    37    38    39    40
Quant          1     1     1     1     1
Net Price
Delivery note 82806803
Purch. order No. 51106

| 000080 | 3985352157 | Golf Women's C. Ice W/True N Lea/Croco | 5 PAA | | |

Our Order 2815841/000080
Size          36    37    38    39    40
Quant          1     1     1     1     1
Net Price
Delivery note 82806803
Purch. order No. 51106

| 000090 | 3957300982 | Golf Women Sport  White/Black Lea/Liz | 5 PAA | | |

Our Order 2815841/000090
Size          36    37    38    39    40
Quant          1     1     1     1     1
Net Price
Delivery note 82806803
Purch. order No. 51106

Transport

MAKE CHECK PAYABLE TO: Tel: 1-800-886-3226   ECCO USA, Inc.
ECCO USA, INC.                  Tel: 1-603-537-7300   16 Delta Drive
P.O.BOX 415162                  Fax:1-603-537-9321   Londonderry,NH 03053
BOSTON, MA 02241-5162   DUNS 55 604 3982   www.eccousa.com



10008165/10008165
PENINSULA GOLF
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

Delivery Address
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

**Repeat printout**

## INVOICE

| Invoice no. | Date | Currency | Terms of delivery | Value date | Page No. |
|---|---|---|---|---|---|
| 385069290 | 05/31/2006 | USD | EXW LONDONDERRY | 06/01/2006 | 2 |

| Item | Material | Description | Qty | Price | Value |
|---|---|---|---|---|---|
| | | Transport | | | |
| 000100 | 3957351464 | Golf Women Sport   White/Terraco Lea/Liz | 5 PAA | | |

Our Order 2815841/000100

| Size | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|
| Quant. | 1 | 1 | 1 | 1 | 1 |

Net Price
Delivery note 82806803
Purch. order No. 51106

| 000110 | 3957352158 | Golf Women Sport   White/Pepperm Lea/Liz | 4 PAA |

Our Order 2815841/000110

| Size | 37 | 38 | 39 |
|---|---|---|---|
| Quant. | 1 | 2 | 1 |

Net Price
Delivery note 82806803
Purch. order No. 51106



| Total No. of units | Gross price | | Total discount/Surcharge | Net price |
|---|---|---|---|---|
| 24 | | | | |
| Postage/Freight | Net total | | | Total |
| Terms of payment: | | | | |
| | | | | Total USD |

# TERMS AND CONDITIONS

Any offer to sell by ECCO USA Inc. ("ECCO") as well as any acceptance by ECCO of an order from a buyer of ECCO's goods ("Purchaser") is expressly made conditional upon Purchaser's assent to these Terms and Conditions of Sale. Purchaser taking deliver of any product or payment of any invoice will be conclusive evidence of such assent.

## ACCEPTANCE OF ORDERS

ECCO will have the right to accept or reject any order, and to accept orders in part, in its sole discretion.

ECCO will not be deemed to have accepted any order (or any portion thereof) from Purchaser until such products are delivered by ECCO to the carrier for delivery to Purchaser.

## PRICE/DELIVERY TERMS

Unless otherwise stated on ECCO's order acceptance or invoice, price and delivery terms are net ExWorks (ECCO's warehouse in Londonderry NH or elsewhere in the U.S. as designated by ECCO). All prices are subject to change without notice, and orders will be billed at prices prevailing at the time ECCO accepts Purchaser's written order. Partial shipment of an order will not bind ECCO to deliver the remainder of order at the same prices. Prices do not include any tax or other government charge or assessment upon the sale, shipment, production or use of the product ordered or sold hereunder. Purchaser will be solely responsible for, and will (upon demand) pay to ECCO, any such tax, charge or assessment (other than any such tax on or measured by ECCO's income).

An additional $5.00 per pair will be charged on all orders of fewer than six pairs. Charges are in addition to those shown on the current price list.

In the absence of specific shipping instructions, we will ship accordingto our best judgment. ECCO will not assume the responsibility of any transportation charge. ECCO will attempt to meet delivery schedules requested by Purchaser. However, all delivery indications are estimatesonly. ECCO will not assume any liability, consequential or otherwise, resulting from failure to deliver product in accordance with indicated delivery schedules.

## PAYMENT/SECURITY

Unless otherwise stated on ECCO's order acceptance or invoice, payment terms are thirty (30) days from delivery for shipments destined East of the Mississippi River and forty (40) days from delivery for shipments destined West of the Mississippi River.

Whenever ECCO in good faith deems itself insecure, ECCO may cancel any outstanding contract with Purchaser; revoke any extension of credit to Purchaser; reduce any unpaid debt by enforcing its security interest, created hereby, in all goods (and proceeds therefrom) furnished by ECCO to Purchaser; and take any other steps necessary or desirable to secure ECCO fully with respect to Purchaser's payment for goods or services furnished or to be furnished by ECCO.

## INSPECTION/ACCEPTANCE/RETURN

Purchaser must carefully examine and check all deliveries of product as they are received. Any alleged error, shortage, defect or nonconformity must be reported to ECCO within ten (10) business days after receipt of the product. Failure by Purchaser to comply with above will constitute Purchaser's waiver of any claim or right against ECCO arising hereunder or by laws with respect to any such error, shortage, defect, or nonconformity reasonably discoverable by such an examination and check, except and to the extent that such claims are valid under ECCO's warranty.

Any and all claims by Purchaser for damage or loss in transit will be made by Purchaser against the carrier. Please verify contents against packing slips. All claims for shipping shortages must be received within ten (10) business days of the transaction in question. Credit will only be issued after shortage is verified by ECCO.

ECCO will only accept returns for product that is shipped in error or deemed to be defective. A Return Authorization number must accompany all returns. Purchaser will direct return requests for non-defective merchandise to ECCO's Customer Service Department. For defective return requests, purchaser will direct requests to the Returns department at 1-888-863-1300 or fax 1-888-867-1300. All product returned must include a Return Authorization number, proof of purchase, and must be returned to Ecco USA Inc. [16 Delta Drive Londonderry, NH  03053 Any carton returned without a Return Authorization number will be refused. The risk of loss and expenses of return in connection with any returned product will be borne by Purchaser.

New/non-defective product which is returned with ECCO's authorization will be inspected and subject to a $5.00 per pair re-stocking fee. ECCO will not assume responsibility for any additional handling or freight charges.

## LIMITED WARRANTY

ECCO warrants that its product is free from defect in materials and workmanship at the time and place of delivery by ECCO. THE WARRANTY DESCRIBED IN THIS PARAGRAPH SHALL BE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. With respect to products which within 12 months from the date of delivery are found by ECCO to to have been defective at the time of delivery, Purchaser's remedies are exclusively limited to replacement of, or credit for, any defective product (at the option of ECCO) but such replacement, or credit shall be made only if Purchaser follows the Terms and Conditions set forth herein concerning Inspection/Acceptance/Return.

ECCO's warranty is made only to Purchaser. Purchaser shall make no warranty in its resale of ECCO's products more extensive than the warranty contained herein unless Purchaser clearly identifies that the warranty is the Purchaser's only and is not the responsibility of ECCO.

## REDISTRIBUTION

ECCO sells its product only to retailers for resale to consumers at approved locations. Sale or offer to sell from any other location, through any other medium, (including without limitation: mail order, catalog, Internet, Intranet or otherwise) is expressly prohibited unless previously authorized by ECCO in writing. Unless specifically prohibited by applicable law, sale, resale or transshipment from, in, to or through any unauthorized location, business, medium or to other than consumers is a violation of these Terms and Conditions of Sale. Purchaser agrees and understands that ECCO's policy is for the purpose of maintaining and enhancing the image and placement of its trademarks and trade name throughout the world. Purchaser acknowledges that ECCO will use all available remedies at law to protect its trademark image from unauthorized activities.

## LIMITATION OF LIABILITY

ECCO assumes no liability except as expressly provided in these Terms and Conditions. IN NO EVENT WILL ECCO BE LIABLE TO PURCHASER OR ITS CUSTOMERS FOR SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARISING IN CONTRACT, IN TORT, UNDER WARRANTY OR OTHERWISE. Purchaser shall indemnify ECCO against any claim (including the expenses of defending the claim) by any third party against ECCO alleging loss, damage, or injury, howsoever caused or arising, which claim is predicated on warranties issued by Purchaser exceeding those contained herein.

## TITLE AND RISK OF LOSS

Title to all product will pass to Purchaser when delivered to the carrier. Thereafter, except as otherwise specifically provided herein, all risk of loss and/or damage to any product ordered hereunder will be borne by Purchaser.

## CHANGE IN OWNERSHIP OR LOCATION

In the event of a sale of, or a partial or total change in ownership in,Purchaser or of any of Purchaser's approved locations, the new owner(s) additional locations) must apply to ECCO for approval as an authorized dealer for each such location. Purchaser will not be eligible to obtain ECCO® merchandise until an authorized officer of ECCO approves each such application in writing.

## PRODUCT CHANGES

ECCO expressly reserves the right, at any time and without notice, to discontinue the production of or change the specifications for any product. No such change in specifications will affect any order of product by Purchaser.

## ECCO TRADEMARKS

Purchaser will have no right to use any of ECCO's trademarks or trade names, including but not limited to the name and mark "ECCO®", except as solely and directly in connection with the sale or advertising of ECCO products in connection with the resale of such products to consumers. Purchaser will comply with all legal prerequisites and standards and specifications promulgated by Ecco governing the proper usage and display of such trademarks. Purchaser will have no right of any kind in or to any of ECCO's trademarks or trade names. ECCO expressly reserves the right to prohibit, restrict, or condition further in any way ECCO may deem necessary or appropriate, the use by Purchaser of any of ECCO's trademarks or trade names.

## MODIFICATIONS AND CANCELLATIONS

These Terms and Conditions of Sale may not be modified, terminated, or repudiated, in whole or in part, except in a writing executed by an authorized officer of ECCO. ECCO may, at its sole option, treat any attempted modification, termination, or repudiation to which it does notassent in writing, as a breach of the entire agreement. Purchaser will have no right to modify or cancel orders once submitted without ECCO's prior written approval.

## REMEDIES FOR PURCHASER DEFAULT OR BREACH

Upon any breach by Purchaser, or failure by Purchaser to comply with anyof these Terms and Conditions of Sale, or if Purchaser becomes unable to conduct its normal business operations (including inability to meet its obligations as they mature), or if Purchaser becomes the subject of any proceeding under any state or federal bankruptcy law or other law, or makes any assignment for the benefit of creditors, ECCO will have the right to immediately cancel or terminate any and all agreements with or obligations to said Purchaser relating to sales of product, in whole or such part, which may result in non-shipment or cancellation of Purchaser pending or future order(s) and/or termination of Purchaser's relationship with ECCO, and to recover from Purchaser all of ECCO's damages (including without limitation special, indirect, consequential and incidental damages) resulting therefrom or arising in connection therewith. All remedies in these Terms and Conditions of Sale will be cumulative and not exclusive and will be in addition to all other rights and remedies provided by applicable law, except as expressly excluded under the section "Limitation of Liability.". The exercise or failure to exercise any remedy by ECCO will not preclude the exercise of the same or other remedies under these Terms and Conditions of Sale.

## WAIVER

ECCO will not be deemed to have waived any provision of these Terms and Conditions of Sale or any breach by Purchaser of any provision of these Terms and Conditions of Sale, unless specifically set forth in writing and executed by an authorized officer of ECCO. No waiver by ECCO of any provision of these Terms and Conditions of Sale of any breach by Purchaser hereunder will constitute a waiver of such provision or breach on any other occasion.

### SEPARABILITY

The invalidity or unenforceability (in whole or in part) of any provision, term, or condition hereof, will not affect in any way the validity and enforceability of the remainder of such provision, term or condition, or any other provision, term or condition.

## APPLICABLE LAW/LIMITATIONS

The terms and conditions hereof, and the transactions contemplated hereby, will be governed by, construed and interpreted in accordance with the laws of the State of New Hampshire, with regard to its conflict of laws rules. Any legal action with respect to any such transaction, except claims ECCO may have for payment, must be commenced within one year and one day after the cause of action has accrued or will be deemed waived.

### ENTIRE AGREEMENT

The terms and conditions set forth herein, together with any additions or revisions agreed to in writing by an authorized officer of ECCO, will constitute the entire agreement and understanding of ECCO and Purchaser.

CHIDOCS02:477375.3
April 16, 2002

MAKE CHECK PAYABLE TO: Tel: 1-800-886-3226   ECCO USA, Inc.
ECCO USA, INC.        Tel: 1-603-537-7300   16 Delta Drive
P.O.BOX 415162        Fax:1-603-537-9321    Londonderry,NH 03053
BOSTON, MA 02241-5162  DUNS 55 604 3982     www.eccousa.com



10008165/10008165
PENINSULA GOLF
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

Delivery Address
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

## Repeat printout

## INVOICE

| Invoice no. | Date | Currency | Terms of delivery | Value date | Page No. |
|---|---|---|---|---|---|
| 385202497 | 11/16/2006 | USD | EXW LONDONDERRY | 11/16/2006 | 1 |

S/BO

| Item | Material | Description | Qty | Price | Value |
|---|---|---|---|---|---|
| 000050 | 3829400928 | Golf Men's N. Clas. Cognac/Cog. Lea/Liz | 4 PAA | | |

Our Order 2931265/000050
Size          41   42   43   44
Quant          1    1    1    1
Net Price
Delivery note 85339047
Purch. order No. 5/5/2125

| 000055 | 3887353191 | Golf W. Pitch Li. Ro/Whi/P.Gl Liz/Lea/Li | 7 PAA | | |

Our Order 2931265/000040
Size          36   37   38   39   40
Quant          1    2    2    1    1
Net Price
Delivery note 85339047
Purch. order No. 5/5/2125

| 000061 | 3887353194 | Golf W. Pitch Delpl/Wh/B.Sha Liz/Lea/Liz | 7 PAA | | |

Our Order 2931265/000030
Size          36   37   38   39   40
Quant          1    2    2    1    1
Net Price
Delivery note 85339047
Purch. order No. 5/5/2125

| Total No. of units | 18 | Gross price | | Total discount/Surcharge | Net price | |
|---|---|---|---|---|---|---|
| Postage/Freight | | Net total | | | Total | |



Terms of payment:

Total USD
Total USD

# TERMS AND CONDITIONS

Any offer to sell by ECCO USA Inc. ("ECCO") as well as any acceptance by ECCO of an order from a buyer of ECCO's goods ("Purchaser") is expressly made conditional upon Purchaser's assent to these Terms and Conditions of Sale. Purchaser taking deliver of any product or payment of any invoice will be conclusive evidence of such assent.

## ACCEPTANCE OF ORDERS

ECCO will have the right to accept any order, and to accept orders in part, in its sole discretion.

ECCO will not be deemed to have accepted any order (or any portion thereof) from Purchaser until such products are delivered by ECCO to the carrier for delivery to Purchaser.

## PRICE/DELIVERY TERMS

Unless otherwise stated on ECCO's order acceptance or invoice, price and delivery terms are net ExWorks (ECCO's warehouse in Londonderry NH or elsewhere in the U.S. as designated by ECCO). All prices are subject to change without notice, and orders will be billed at prices prevailing at the time ECCO accepts Purchaser's written order. Partial shipment of an order will not bind ECCO to deliver the remainder of order at the same prices. Prices do not include any tax or other government charge or assessment upon the sale, shipment, production or use of the product ordered or sold hereunder. Purchaser will be solely responsible for, and will (upon demand) pay to ECCO, any such tax, charge or assessment (other than any such tax on or measured by ECCO's income).

An additional $5.00 per pair will be charged on all orders of fewer than six pairs. Charges are in addition to those shown on the current price list.

In the absence of specific shipping instructions, we will ship accordingto our best judgment. ECCO will not assume the responsibility of any transportation charge. ECCO will attempt to meet delivery schedules requested by Purchaser. However, all delivery indications are estimatesonly. ECCO will not assume any liability, consequential or otherwise, resulting from failure to deliver product in accordance with indicated delivery schedules.

## PAYMENT/SECURITY

Unless otherwise stated on ECCO's order acceptance or invoice, payment terms are thirty (30) days from delivery for shipments destined East of the Mississippi River and forty (40) days from delivery for shipments destined West of the Mississippi River.

Whenever ECCO in good faith deems itself insecure, ECCO may cancel any outstanding contract with Purchaser; revoke any extension of credit to Purchaser; reduce any unpaid debt by enforcing its security interest, created hereby, in all goods (and proceeds therefrom) furnished by ECCO to Purchaser; and take any other steps necessary or desirable to secure ECCO fully with respect to Purchaser's payment for goods or services furnished or to be furnished by ECCO.

## INSPECTION/ACCEPTANCE/RETURN

Purchaser must carefully examine and check all deliveries of product as they are received. Any alleged error, shortage, defect or nonconformity must be reported to ECCO within ten (10) business days after receipt of the product. Failure by Purchaser to comply with above will constitute Purchaser's waiver of any claim or right against ECCO arising hereunder or by laws with respect to any such error, shortage, defect, or nonconformity reasonably discoverable by such an examination and check, except and to the extent that such claims are valid under ECCO's warranty.

Any and all claims by Purchaser for damage or loss in transit will be made by Purchaser against the carrier. Please verify contents against packing slips. All claims for shipping shortages must be received within ten (10) business days of the transaction in question. Credit will only be issued after shortage is verified by ECCO.

ECCO will only accept returns for product that is shipped in error or deemed to be defective. A Return Authorization number must accompany all returns. Purchaser will direct return requests for non-defective merchandise to ECCO's Customer Service Department. For defective return requests, purchaser will direct requests to the Returns department at 1-888-863-1300 or fax 1-888-867-1300. All product returned must include a Return Authorization number, proof of purchase, and must be returned to Ecco USA Inc. [16 Delta Drive Londonderry, NH 03053 Any carton returned without a Return Authorization number will be refused. The risk of loss and expenses of return in connection with any returned product will be borne by Purchaser.

New/non-defective product which is returned with ECCO's authorization will be inspected and subject to a $5.00 per pair re-stocking fee. ECCO will not assume responsibility for any additional handling or freight charges.

## LIMITED WARRANTY

ECCO warrants that its product is free from defect in materials and workmanship at the time and place of delivery by ECCO. THE WARRANTY DESCRIBED IN THIS PARAGRAPH SHALL BE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. With respect to products which within 12 months from the date of delivery are found by ECCO to to have been defective at the time of delivery, Purchaser's remedies are exclusively limited to replacement of, or credit for, any defective product (at the option of ECCO) but such replacement, or credit shall be made only if Purchaser follows the Terms and Conditions set forth herein concerning Inspection/Acceptance/Return.

ECCO's warranty is made only to Purchaser. Purchaser shall make no warranty in its resale of ECCO's products more extensive than the warranty contained herein unless Purchaser clearly identifies that the warranty is the Purchaser's only and is not the responsibility of ECCO.

## REDISTRIBUTION

ECCO sells its product only to retailers for resale to consumers at approved locations. Sale or offer to sell from any other location, through any other medium, (including without limitation: mail order, catalog, Internet, Intranet or otherwise) is expressly prohibited unless previously authorized by ECCO in writing. Unless specifically prohibited by applicable law, sale, resale or transshipment from, in, to or through any unauthorized location, business, medium or to other than consumers is a violation of these Terms and Conditions of Sale. Purchaser agrees and understands that ECCO's policy is for the purpose of maintaining and enhancing the image and placement of its trademarks and trade name throughout the world. Purchaser acknowledges that ECCO will use all available remedies at law to protect its trademark image from unauthorized activities.

## LIMITATION OF LIABILITY

ECCO assumes no liability except as expressly provided in these Terms and Conditions. IN NO EVENT WILL ECCO BE LIABLE TO PURCHASER OR ITS CUSTOMERS FOR SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARISING IN CONTRACT, IN TORT, UNDER WARRANTY OR OTHERWISE. Purchaser shall indemnify ECCO against any claim (including the expenses of defending the claim) by any third party against ECCO alleging loss, damage, or injury, howsoever caused or arising, which claim is predicated on warranties issued by Purchaser exceeding those contained herein.

## TITLE AND RISK OF LOSS

Title to all product will pass to Purchaser when delivered to the carrier. Thereafter, except as otherwise specifically provided herein, all risk of loss and/or damage to any product ordered hereunder will be borne by Purchaser.

## CHANGE IN OWNERSHIP OR LOCATION

In the event of a sale of, or a partial or total change in ownership in,Purchaser or of any of Purchaser's approved locations, the new owner(s) additional locations) must apply to ECCO for approval as an authorized dealer for each such location. Purchaser will not be eligible to obtain ECCO® merchandise until an authorized officer of ECCO approves each such application in writing.

## PRODUCT CHANGES

ECCO expressly reserves the right, at any time and without notice, to discontinue the production of or change the specifications for any product. No such change in specifications will affect any order of product by Purchaser.

## ECCO TRADEMARKS

Purchaser will have no right to use any of ECCO's trademarks or trade names, including but not limited to the name and mark "ECCO®, except as solely and directly in connection with the sale or advertising of ECCO products in connection with the resale of such products to consumers. Purchaser will comply with all legal prerequisites and standards and specifications promulgated by ECCO governing the proper usage and display of such trademarks. Purchaser will have no right of any kind in or to any of ECCO's trademarks or trade names. ECCO expressly reserves the right to prohibit, restrict, or condition further in any way ECCO may deem necessary or appropriate, the use by Purchaser of any of ECCO's trademarks or trade names.

## MODIFICATIONS AND CANCELLATIONS

These Terms and Conditions of Sale may not be modified, terminated, or repudiated, in whole or in part, except in a writing executed by an authorized officer of ECCO. ECCO may, at its sole option, treat any attempted modification, termination, or repudiation to which it does notassent in writing, as a breach of this entire agreement. Purchaser will have no right to modify or cancel orders once submitted without ECCO's prior written approval.

## REMEDIES FOR PURCHASER DEFAULT OR BREACH

Upon any breach by Purchaser, or failure by Purchaser to comply with anyof these Terms and Conditions of Sale, or if Purchaser becomes unable to conduct its normal business operations (including inability to meet its obligations as they mature), or if Purchaser becomes the subject of any proceeding under any state or federal bankruptcy law or other law, or makes any assignment for the benefit of creditors, ECCO will have the right to immediately cancel or terminate any and all agreements with or obligations to said Purchaser relating to sales of product, in whole or part, which may result in non-shipment or cancellation of Purchaser pending or future order(s) and/or termination of Purchaser's relationship with ECCO, and to recover from Purchaser all of ECCO's damages (including without limitation special, indirect, consequential and incidental damages) resulting therefrom or arising in connection therewith. All remedies in these Terms and Conditions of Sale will be cumulative and not exclusive and will be in addition to all other rights and remedies provided by applicable law, except as expressly excluded under the section "Limitation of Liability.". The exercise or failure to exercise any remedy by ECCO will not preclude the exercise of the same or other remedies under these Terms and Conditions of Sale.

## WAIVER

ECCO will not be deemed to have waived any provision of these Terms and Conditions of Sale or any breach by Purchaser of any provision of these Terms and Conditions of Sale, unless specifically set forth in writing and executed by an authorized officer of ECCO. No waiver by ECCO of any provision of these Terms and Conditions of Sale of any breach by Purchaser hereunder will constitute a waiver of such provision or breach on any other occasion.

## SEPARABILITY

The invalidity or unenforceability (in whole or in part) of any provision, term, or condition hereof, will not affect in any way the validity and enforceability of the remainder of such provision, term or condition, or any other provision, term or condition.

## APPLICABLE LAW/LIMITATIONS

The terms and conditions hereof, and the transactions contemplated hereby, will be governed by, construed and interpreted in accordance with the laws of the State of New Hampshire, with regard to its conflict of laws rules. Any legal action with respect to any such transaction, except claims ECCO may have for payment, must be commenced within one year and one day after the cause of action has accrued or will be deemed waived.

ENTIRE AGREEMENT

The terms and conditions set forth herein, together with any additions or revisions agreed to in writing by an authorized officer of ECCO, will constitute the entire agreement and understanding of ECCO and Purchaser.

CHIDOCS02:477375.3
April 16, 2002

MAKE CHECK PAYABLE TO: Tel: 1-800-886-3226   ECCO USA, Inc.
ECCO USA, INC.           Tel: 1-603-537-7300   16 Delta Drive
P.O.BOX 415162           Fax:1-603-537-9321    Londonderry,NH 03053
BOSTON, MA 02241-5162    DUNS 55 604 3982      www.eccousa.com



10008165/10008165
PENINSULA GOLF
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

Delivery Address
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

## Repeat printout

## INVOICE

| Invoice no. | Date | Currency | Terms of delivery | Value date | Page No. |
|---|---|---|---|---|---|
| 385566962 | 02/06/2008 | USD | EXW  LONDONDERRY | 02/07/2008 | 1 |

| Item | Material | Description | Qty | Price | Value |
|---|---|---|---|---|---|
| 000010 | 3842453358 | Golf M. Flexor White/Cog/Bis Lea/Liz/Cro | 1 PAA | | ▮ |

Our Order 4025929/000010
Size             40
Quant            1
Net Price        ▮
Recommended price ▮
Delivery note 86726427
Purch. order No. 1217-MARK

| Total No. of units | Gross price | | Total discount/Surcharge | Net price | |
|---|---|---|---|---|---|
| 1 | | ▮ | ▮ | | ▮ |
| Postage/Freight | Net total | ▮ | | Total | ▮ |
| Terms of payment: ▮ | | | | Total USD | ▮ |



# TERMS AND CONDITIONS

Any offer to sell by ECCO USA Inc. ("ECCO") as well as any acceptance by ECCO of an order from a buyer of ECCO's goods ("Purchaser") is expressly made conditional upon Purchaser's assent to these Terms and Conditions of Sale. Purchaser taking deliver of any product or payment of any invoice will be conclusive evidence of such assent.

## ACCEPTANCE OF ORDERS

ECCO will have the right to accept or reject any order, and to accept orders in part, in its sole discretion.

ECCO will not be deemed to have accepted any order (or any portion thereof) from Purchaser until such products are delivered by ECCO to the carrier for delivery to Purchaser.

## PRICE/DELIVERY TERMS

Unless otherwise stated on ECCO's order acceptance or invoice, price and delivery terms are net ExWorks (ECCO's warehouse in Londonderry NH or elsewhere in the U.S. as designated by ECCO). All prices are subject to change without notice, and orders will be billed at prices prevailing at the time ECCO accepts Purchaser's written order. Partial shipment of an order will not bind ECCO to deliver the remainder of order at the same prices. Prices do not include any tax or other government charge or assessment upon the sale, shipment, production or use of the product ordered or sold hereunder. Purchaser will be solely responsible for, and will (upon demand) pay to ECCO, any such tax, charge or assessment (other than any such tax on or measured by ECCO's income).

An additional $5.00 per pair will be charged on all orders of fewer than six pairs. Charges are in addition to those shown on the current price list.

In the absence of specific shipping instructions, we will ship accordingto our best judgment. ECCO will not assume the responsibility of any transportation charge. ECCO will attempt to meet delivery schedules requested by Purchaser. However, all delivery indications are estimatesonly. ECCO will not assume any liability, consequential or otherwise, resulting from failure to deliver product in accordance with indicated delivery schedules.

## PAYMENT/SECURITY

Unless otherwise stated on ECCO's order acceptance or invoice, payment terms are thirty (30) days from delivery for shipments destined East of the Mississippi River and forty (40) days from delivery for shipments destined West of the Mississippi River.

Whenever ECCO in good faith deems itself insecure, ECCO may cancel any outstanding contract with Purchaser; revoke any extension of credit to Purchaser; reduce any unpaid debt by enforcing its security interest, created hereby, in all goods (and proceeds therefrom) furnished by ECCO to Purchaser; and take any other steps necessary or desirable to secure ECCO fully with respect to Purchaser's payment for goods or services furnished or to be furnished by ECCO.

## INSPECTION/ACCEPTANCE/RETURN

Purchaser must carefully examine and check all deliveries of product as they are received. Any alleged error, shortage, defect or nonconformity must be reported to ECCO within ten (10) business days after receipt of the product. Failure by Purchaser to comply with above will constitute Purchaser's waiver of any claim or right against ECCO arising hereunder or by laws with respect to any such error, shortage, defect, or nonconformity reasonably discoverable by such an examination and check, except and to the extent that such claims are valid under ECCO's warranty.

Any and all claims by Purchaser for damage or loss in transit will be made by Purchaser against the carrier. Please verify contents against packing slips. All claims for shipping shortages must be received within ten (10) business days of the transaction in question. Credit will only be issued after shortage is verified by ECCO.

ECCO will only accept returns for product that is shipped in error or deemed to be defective. A Return Authorization number must accompany all returns. Purchaser will direct return requests for non-defective merchandise to ECCO's Customer Service Department. For defective return requests, purchaser will direct requests to the Returns department at 1-888-863-1300 or fax 1-888-867-1300. All product returned must include a Return Authorization number, proof of purchase, and must be returned to Ecco USA Inc. [16 Delta Drive Londonderry, NH 03053 Any carton returned without a Return Authorization number will be refused. The risk of loss and expenses of return in connection with any returned product will be borne by Purchaser.

New/non-defective product which is returned with ECCO's authorization will be inspected and subject to a $5.00 per pair re-stocking fee. ECCO will not assume responsibility for any additional handling or freight charges.

## LIMITED WARRANTY

ECCO warrants that its product is free from defect in materials and workmanship at the time and place of delivery by ECCO. THE WARRANTY DESCRIBED IN THIS PARAGRAPH SHALL BE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. With respect to products which within 12 months from the date of delivery are found by ECCO to to have been defective at the time of delivery, Purchaser's remedies are exclusively limited to replacement of, or credit for, any defective product (at the option of ECCO) but such replacement, or credit shall be made only if Purchaser follows the Terms and Conditions set forth herein concerning Inspection/Acceptance/Return.

ECCO's warranty is made only to Purchaser. Purchaser shall make no warranty in its resale of ECCO's products more extensive than the warranty contained herein unless Purchaser clearly identifies that the warranty is the Purchaser's only and is not the responsibility of ECCO.

## REDISTRIBUTION

ECCO sells its product only to retailers for resale to consumers at approved locations. Sale or offer to sell from any other location, through any other medium, (including without limitation: mail order, catalog, Internet, Intranet or otherwise) is expressly prohibited unless previously authorized by ECCO in writing. Unless specifically prohibited by applicable law, sale, resale or transshipment from, in, to or through any unauthorized location, business, medium or to other than consumers is a violation of these Terms and Conditions of Sale. Purchaser agrees and understands that ECCO's policy is for the purpose of maintaining and enhancing the image and placement of its trademarks and trade name throughout the world. Purchaser acknowledges that ECCO will use all available remedies at law to protect its trademark image from unauthorized activities.

## LIMITATION OF LIABILITY

ECCO assumes no liability except as expressly provided in these Terms and Conditions. IN NO EVENT WILL ECCO BE LIABLE TO PURCHASER OR ITS CUSTOMERS FOR SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARISING IN CONTRACT, IN TORT, UNDER WARRANTY OR OTHERWISE. Purchaser shall indemnify ECCO against any claim (including the expenses of defending the claim) by any third party against ECCO alleging loss, damage, or injury, howsoever caused or arising, which claim is predicated on warranties issued by Purchaser exceeding those contained herein.

## TITLE AND RISK OF LOSS

Title to all product will pass to Purchaser when delivered to the carrier. Thereafter, except as otherwise specifically provided herein, all risk of loss and/or damage to any product ordered hereunder will be borne by Purchaser.

## CHANGE IN OWNERSHIP OR LOCATION

In the event of a sale of, or a partial or total change in ownership in,Purchaser or of any of Purchaser's approved locations, the new owner(s) additional locations) must apply to ECCO for approval as an authorized dealer for each such location. Purchaser will not be eligible to obtain ECCO® merchandise until an authorized officer of ECCO approves each such application in writing.

## PRODUCT CHANGES

ECCO expressly reserves the right, at any time and without notice, to discontinue the production of or change the specifications for any product. No such change in specifications will affect any order of product by Purchaser.

## ECCO TRADEMARKS

Purchaser will have no right to use any of ECCO's trademarks or trade names, including but not limited to the name and mark "ECCO®", except as solely and directly in connection with the sale or advertising of ECCO products in connection with the resale of such products to consumers. Purchaser will comply with all legal prerequisites and standards and specifications promulgated by Ecco governing the proper usage and display of such trademarks. Purchaser will have no right of any kind in or to any of ECCO's trademarks or trade names. ECCO expressly reserves the right to prohibit, restrict, or condition further in any way ECCO may deem necessary or appropriate, the use by Purchaser of any of ECCO's trademarks or trade names.

## MODIFICATIONS AND CANCELLATIONS

These Terms and Conditions of Sale may not be modified, terminated, or repudiated, in whole or in part, except in a writing executed by an authorized officer of ECCO. ECCO may, at its sole option, treat any attempted modification, termination, or repudiation to which it does notassent in writing, as a breach of the entire agreement. Purchaser will have no right to modify or cancel orders once submitted without ECCO's prior written approval.

## REMEDIES FOR PURCHASER DEFAULT OR BREACH

Upon any breach by Purchaser, or failure by Purchaser to comply with anyof these Terms and Conditions of Sale, or if Purchaser becomes unable to conduct its normal business operations (including inability to meet its obligations as they mature), or if Purchaser becomes the subject of any proceeding under any state or federal bankruptcy law or other law, or makes any assignment for the benefit of creditors, ECCO will have the right to immediately cancel or terminate any and all agreements with or obligations to said Purchaser relating to sales of product, in whole or such part, which may result in non-shipment or cancellation of Purchaser pending or future order(s) and/or termination of Purchaser's relationship with ECCO, and to recover from Purchaser all of ECCO's damages (including without limitation special, indirect, consequential and incidental damages) resulting therefrom or arising in connection therewith. All remedies in these Terms and Conditions of Sale will be cumulative and not exclusive and will be in addition to all other rights and remedies provided by applicable law, except as expressly excluded under the section "Limitation of Liability.". The exercise or failure to exercise any remedy by ECCO will not preclude the exercise of the same or other remedies under these Terms and Conditions of Sale.

## WAIVER

ECCO will not be deemed to have waived any provision of these Terms and Conditions of Sale or any breach by Purchaser of any provision of these Terms and Conditions of Sale, unless specifically set forth in writing and executed by an authorized officer of ECCO. No waiver by ECCO of any provision of these Terms and Conditions of Sale of any breach by Purchaser hereunder will constitute a waiver of such provision or breach on any other occasion.

### SEPARABILITY

The invalidity or unenforceability (in whole or in part) of any provision, term, or condition hereof, will not affect in any way the validity and enforceability of the remainder of such provision, term or condition, or any other provision, term or condition.

## APPLICABLE LAW/LIMITATIONS

The terms and conditions hereof, and the transactions contemplated hereby, will be governed by, construed and interpreted in accordance with the laws of the State of New Hampshire, with regard to its conflict of laws rules. Any legal action with respect to any such transaction, except claims ECCO may have for payment, must be commenced within one year and one day after the cause of action has accrued or will be deemed waived.

### ENTIRE AGREEMENT

The terms and conditions set forth herein, together with any additions or revisions agreed to in writing by an authorized officer of ECCO, will constitute the entire agreement and understanding of ECCO and Purchaser.

CHIDOCS02:477375.3
April 16, 2002

MAKE CHECK PAYABLE TO: Tel: 1-800-886-3226   ECCO USA, Inc.
ECCO USA, INC.              Tel: 1-603-537-7300   16 Delta Drive
P.O.BOX 415162             Fax:1-603-537-9321    Londonderry,NH 03053
BOSTON, MA 02241-5162   DUNS 55 604 3982     www.eccousa.com



10008165/10008165                          Delivery Address
PENINSULA GOLF                             PENINSULA GOLF
PENINSULA GOLF                             22 17TH AVE
22 17TH AVE                                SAN MATEO CA  94402
SAN MATEO CA  94402

## Repeat printout

## INVOICE

| Invoice no. | Date | Currency | Terms of delivery | Value date | Page No. |
|---|---|---|---|---|---|
| 385816852 | 01/09/2009 | USD | EXW LONDONDERRY | 01/11/2009 | 1 |

| Item | Material | Description | Qty | Price | Value |
|---|---|---|---|---|---|
| 000010 | 3840453859 | Golf Men's Flexor Black/Black Groove/Lux | 4 PAA | | ████ |

Our Order 4833555/000010
Size          42    43
Quant          2     2
Net Price
Recommended price
Delivery note 87742990
Purch. order No. ALEX



| Total No. of units | Gross price | Total discount/Surcharge | Net price |
|---|---|---|---|
| 4 | ████ | ████ | ████ |
| Postage/Freight | Net total | | Total |
| | ████ | | ████ |
| Terms of payment: ████ | | | Total USD ████ |

# TERMS AND CONDITIONS

Any offer to sell by ECCO USA Inc. ("ECCO") as well as any acceptance by ECCO of an order from a buyer of ECCO's goods ("Purchaser") is expressly made conditional upon Purchaser's assent to these Terms and Conditions of Sale. Purchaser taking deliver of any product or payment of any invoice will be conclusive evidence of such assent.

## ACCEPTANCE OF ORDERS

ECCO will have the right to accept or reject any order, and to accept orders in part, in its sole discretion.

ECCO will not be deemed to have accepted any order (or any portion thereof) from Purchaser until such products are delivered by ECCO to the carrier for delivery to Purchaser.

## PRICE/DELIVERY TERMS

Unless otherwise stated on ECCO's order acceptance or invoice, price and delivery terms are net ExWorks (ECCO's warehouse in Londonderry NH or elsewhere in the U.S. as designated by ECCO). All prices are subject to change without notice, and orders will be billed at prices prevailing at the time ECCO accepts Purchaser's written order. Partial shipment of an order will not bind ECCO to deliver the remainder of order at the same prices. Prices do not include any tax or other government charge or assessment upon the sale, shipment, production or use of the product ordered or sold hereunder. Purchaser will be solely responsible for, and will (upon demand) pay to ECCO, any such tax, charge or assessment (other than any such tax on or measured by ECCO's income).

An additional $5.00 per pair will be charged on all orders of fewer than six pairs. Charges are in addition to those shown on the current price list.

In the absence of specific shipping instructions, we will ship accordingto our best judgment. ECCO will not assume the responsibility of any transportation charge. ECCO will attempt to meet delivery schedules requested by Purchaser. However, all delivery indications are estimatesonly. ECCO will not assume any liability, consequential or otherwise, resulting from failure to deliver product in accordance with indicated delivery schedules.

## PAYMENT/SECURITY

Unless otherwise stated on ECCO's order acceptance or invoice, payment terms are thirty (30) days from delivery for shipments destined East of the Mississippi River and forty (40) days from delivery for shipments destined West of the Mississippi River.

Whenever ECCO in good faith deems itself insecure, ECCO may cancel any outstanding contract with Purchaser; revoke any extension of credit to Purchaser; reduce any unpaid debt by enforcing its security interest, created hereby, in all goods (and proceeds therefrom) furnished by ECCO to Purchaser; and take any other steps necessary or desirable to secure ECCO fully with respect to Purchaser's payment for goods or services furnished or to be furnished by ECCO.

## INSPECTION/ACCEPTANCE/RETURN

Purchaser must carefully examine and check all deliveries of product as they are received. Any alleged error, shortage, defect or nonconformity must be reported to ECCO within ten (10) business days after receipt of the product. Failure by Purchaser to comply with above will constitute Purchaser's waiver of any claim or right against ECCO arising hereunder or by laws with respect to any such error, shortage, defect, or nonconformity reasonably discoverable by such an examination and check, except and to the extent that such claims are valid under ECCO's warranty.

Any and all claims by Purchaser for damage or loss in transit will be made by Purchaser against the carrier. Please verify contents against packing slips. All claims for shipping shortages must be received within ten (10) business days of the transaction in question. Credit will only be issued after shortage is verified by ECCO.

ECCO will only accept returns for product that is shipped in error or deemed to be defective. A Return Authorization number must accompany all returns. Purchaser will direct return requests for non-defective merchandise to ECCO's Customer Service Department. For defective return requests, purchaser will direct requests to the Returns department at 1-888-863-1300 or fax 1-888-867-1300. All product returned must include a Return Authorization number, proof of purchase, and must be returned to Ecco USA Inc. [16 Delta Drive Londonderry, NH 03053 Any carton returned without a Return Authorization number will be refused. The risk of loss and expenses of return in connection with any returned product will be borne by Purchaser.

New/non-defective product which is returned with ECCO's authorization will be inspected and subject to a $5.00 per pair re-stocking fee. ECCO will not assume responsibility for any additional handling or freight charges.

## LIMITED WARRANTY

ECCO warrants that its product is free from defect in materials and workmanship at the time and place of delivery by ECCO. THE WARRANTY DESCRBED IN THIS PARAGRAPH SHALL BE IN LEU OF ALL OTHER WARRANTIES, EXPRESS OR MPLIED, NCLUDING, BUT NOT LIMITED TO, THE MPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. With respect to products which within 12 months from the date of delivery are found by ECCO to to have been defective at the time of delivery, Purchaser's remedies are exclusively limited to replacement of, or credit for, any defective product (at the option of ECCO) but such replacement, or credit shall be made only if Purchaser follows the Terms and Conditions set forth herein concerning Inspection/Acceptance/Return.

ECCO's warranty is made only to Purchaser. Purchaser shall make no warranty in its resale of ECCO's products more extensive than the warranty contained herein unless Purchaser clearly identifies that the warranty is the Purchaser's only and is not the responsibility of ECCO.

## REDISTRIBUTION

ECCO sells its product only to retailers for resale to consumers at approved locations. Sale or offer to sell from any other location, through any other medium, (including without limitation: mail order, catalog, Internet, Intranet or otherwise) is expressly prohibited unless previously authorized by ECCO in writing. Unless specifically prohibited by applicable law, sale, resale or transshipment from, in, to or through any unauthorized location, business, medium or to other than consumers is a violation of these Terms and Conditions of Sale. Purchaser agrees and understands that ECCO's policy is for the purpose of maintaining and enhancing the image and placement of its trademarks and trade name throughout the world. Purchaser acknowledges that ECCO will use all available remedies at law to protect its trademark image from unauthorized activities.

## LIMITATION OF LIABILITY

ECCO assumes no liability except as expressly provided in these Terms and Conditions. IN NO EVENT WILL ECCO BE LIABLE TO PURCHASER OR ITS CUSTOMERS FOR SPECIAL, IND RECT, NCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARISNG IN CONTRACT, IN TORT, UNDER WARRANTY OR OTHERWISE. Purchaser shall indemnify ECCO against any claim (including the expenses of defending the claim) by any third party against ECCO alleging loss, damage, or injury, howsoever caused or arising, which claim is predicated on warranties issued by Purchaser exceeding those contained herein.

## TITLE AND RISK OF LOSS

Title to all product will pass to Purchaser when delivered to the carrier. Thereafter, except as otherwise specifically provided herein, all risk of loss and/or damage to any product ordered hereunder will be borne by Purchaser.

## CHANGE IN OWNERSHIP OR LOCATION

In the event of a sale of, or a partial or total change in ownership in,Purchaser or of any of Purchaser's approved locations, the new owner(s) additional locations) must apply to ECCO for approval as an authorized dealer for each such location. Purchaser will not be eligible to obtain ECCO® merchandise until an authorized officer of ECCO approves each such application in writing.

## PRODUCT CHANGES

ECCO expressly reserves the right, at any time and without notice, to discontinue the production of or change the specifications for any product. No such change in specifications will affect any order of product by Purchaser.

## ECCO TRADEMARKS

Purchaser will have no right to use any of ECCO's trademarks or trade names, including but not limited to the name and mark "ECCO®, except as solely and directly in connection with the sale or advertising of ECCO products in connection with the resale of such products to consumers. Purchaser will comply with all legal prerequisites and standards and specifications promulgated by Ecco governing the proper usage and display of such trademarks. Purchaser will have no right of any kind in or to any of ECCO's trademarks or trade names. ECCO expressly reserves the right to prohibit, restrict, or condition further in any way ECCO may deem necessary or appropriate, the use by Purchaser of any of ECCO's trademarks or trade names.

## MODIFICATIONS AND CANCELLATIONS

These Terms and Conditions of Sale may not be modified, terminated, or repudiated, in whole or in part, except in a writing executed by an authorized officer of ECCO. ECCO may, at its sole option, treat any attempted modification, termination, or repudiation to which it does notassent in writing, as a breach of the entire agreement. Purchaser will have no right to modify or cancel orders once submitted without ECCO's prior written approval.

## REMEDIES FOR PURCHASER DEFAULT OR BREACH

Upon any breach by Purchaser, or failure by Purchaser to comply with anyof these Terms and Conditions of Sale, or if Purchaser becomes unable to conduct its normal business operations (including inability to meet its obligations as they mature), or if Purchaser becomes the subject of any proceeding under any state or federal bankruptcy law or other law, or makes any assignment for the benefit of creditors, ECCO will have the right to immediately cancel or terminate any and all agreements with or obligations to said Purchaser relating to sales of product, in whole or such part, which may result in non-shipment or cancellation of Purchaser pending or future order(s) and/or termination of Purchaser's relationship with ECCO, and to recover from Purchaser all of ECCO's damages (including without limitation special, indirect, consequential and incidental damages) resulting therefrom or arising in connection therewith. All remedies in these Terms and Conditions of Sale will be cumulative and not exclusive and will be in addition to all other rights and remedies provided by applicable law, except as expressly excluded under the section "Limitation of Liability.". The exercise or failure to exercise any remedy by ECCO will not preclude the exercise of the same or other remedies under these Terms and Conditions of Sale.

## WAIVER

ECCO will not be deemed to have waived any provision of these Terms and Conditions of Sale or any breach by Purchaser of any provision of these Terms and Conditions of Sale, unless specifically set forth in writing and executed by an authorized officer of ECCO. No waiver by ECCO of any provision of these Terms and Conditions of Sale of any breach by Purchaser hereunder will constitute a waiver of such provision or breach on any other occasion.

### SEPARABILITY

The invalidity or unenforceability (in whole or in part) of any provision, term, or condition hereof, will not affect in any way the validity and enforceability of the remainder of such provision, term or condition, or any other provision, term or condition.

## APPLICABLE LAW/LIMITATIONS

The terms and conditions hereof, and the transactions contemplated hereby, will be governed by, construed and interpreted in accordance with the laws of the State of New Hampshire, with regard to its conflict of laws rules. Any legal action with respect to any such transaction, except claims ECCO may have for payment, must be commenced within one year and one day after the cause of action has accrued or will be deemed waived.

### ENTIRE AGREEMENT

The terms and conditions set forth herein, together with any additions or revisions agreed to in writing by an authorized officer of ECCO, will constitute the entire agreement and understanding of ECCO and Purchaser.

CHIDOCS02:477375.3
April 16, 2002

MAKE CHECK PAYABLE TO:  Tel: 1-800-886-3226  ECCO USA, Inc.
ECCO USA, INC.  Tel: 1-603-537-7300  16 Delta Drive
P.O.BOX 415162  Fax:1-603-537-9321  Londonderry,NH 03053
BOSTON, MA 02241-5162  DUNS 55 604 3982  www.eccousa.com



1007208 / 1007208
PENINSULA GOLF
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA 94402

Delivery address
1007208
PENINSULA GOLF
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA 94402

# Invoice

| Invoice no.<br>110140119 | Inv. date<br>01/15/2010 | Currency<br>USD | Terms of delivery<br>EXW LONDONDERRY | Value date<br>01/15/2010 | Page No.<br>1 of 1 |
|---|---|---|---|---|---|



| Item | Material | Description | QTY | Price | Value |
|---|---|---|---|---|---|
| 10 | 03921451052 | Golf M. World C. Black/Black Brazil/Lizz | 2 PAA | | |
| | Order | 267387 | | | |
| | Purchase order | PATRICK | | | |
| | Size | 40    43 | | | |
| | Quantity | 1    1 | | | |
| | Price | | | | |
| | Delivery note | 80252645   from   01/13/2010 | | | |

| Total No of Units | | Gross Price | | Total discount | | Net Price | |
|---|---|---|---|---|---|---|---|
| | 2 | | | | | | |

| Postage/Freight | Surcharge | Net total | VAT | Total |
|---|---|---|---|---|
| | | | | |

Terms of payment:

Total     USD

## ACCEPTANCE OF ORDERS

ECCO will have the right to accept or reject any order, and to accept orders in part, in its sole discretion.
ECCO will not be deemed to have accepted any order (or any portion thereof) from Purchaser until such products are delivered by ECCO to the carrier for delivery to Purchaser.

## PRICE/DELIVERY TERMS

Unless otherwise stated on ECCO's order acceptance or invoice, price and delivery terms are net ExWorks (ECCO's warehouse in Londonderry NH or elsewhere in the U.S. as designated by ECCO). All prices are subject to change without notice, and orders will be billed at prices prevailing at the time ECCO accepts Purchaser's written order. Partial shipment of an order will not bind ECCO to deliver the remainder of order at the same prices. Prices do not include any tax or other government charge or assessment upon the sale, shipment, production or use of the product ordered or sold hereunder. Purchaser will be solely responsible for, and will (upon demand) pay to ECCO, any such tax, charge or assessment (other than any such tax on or measured by ECCO's income).
An additional $5.00 per pair will be charged on all orders of fewer than six pairs. Charges are in addition to those shown on the current price list.

In the absence of specific shipping instructions, we will ship accordingly our best judgment. ECCO will not assume the responsibility of any transportation charge. ECCO will attempt to meet delivery schedules requested by Purchaser. However, all delivery indications are estimatesonly. ECCO will not assume any liability, consequential or otherwise, resulting from failure to deliver product in accordance with indicated delivery schedules.

## PAYMENT/SECURITY

Unless otherwise stated on ECCO's order acceptance or invoice, payment terms are thirty (30) days from delivery for shipments destined East of the Mississippi River and forty (40) days from delivery for shipments destined West of the Mississippi River.

Whenever ECCO in good faith deems itself insecure, ECCO may cancel any outstanding contract with Purchaser; revoke any extension of credit to Purchaser; reduce any unpaid debt by enforcing its security interest, created hereby, in the goods (and proceeds therefrom) furnished by ECCO to Purchaser; and take any other steps necessary or desirable to secure ECCO fully with respect to Purchaser's payment for goods or services furnished or to be furnished by ECCO.

## INSPECTION/ACCEPTANCE/RETURN

Purchaser must carefully examine and check all deliveries of product as they are received. Any alleged error, shortage, defect or nonconformity must be reported to ECCO within ten (10) business days after receipt of the product. Failure by Purchaser to comply with above will constitute Purchaser's waiver of any claim or right against ECCO arising hereunder or by laws with respect to any such error, shortage, defect, or nonconformity reasonably discoverable by such an examination and check, except and to the extent that such claims are valid under ECCO's warranty.

Any and all claims by Purchaser for damage or loss in transit will be made by Purchaser against the carrier. Please verify contents against packing slips. All claims for shipping shortages must be received within ten (10) business days of the transaction in question. Credit will only be issued after shortage is verified by ECCO.

ECCO will only accept returns for product that is shipped in error or deemed to be defective. A Return Authorization number must accompany all returns. Purchaser will direct return requests for non-defective merchandise to ECCO's Customer Service Department. For defective return requests, purchaser will direct requests to the Returns department at 1-888-863-1300 or fax 1-888-867-1300. All product returned must include a Return Authorization number, proof of purchase, and must be returned to Ecco USA Inc. [16 Delta Drive Londonderry, NH 03053 Any carton returned without a Return Authorization number will be refused. The risk of loss and expenses of return in connection with any returned product will be borne by Purchaser.

New/non-defective product which is returned with ECCO's authorization will be inspected and subject to a $3.00 per pair re-stocking fee. ECCO will not assume responsibility for any additional handling or freight charges.

## LIMITED WARRANTY

ECCO warrants that its product is free from defect in materials and workmanship at the time and place of delivery by ECCO. THE WARRANTY DESCRIBED N THIS PARAGRAPH SHALL BE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR MPL ED, INCLUDING, BUT NOT L MITED TO, THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. With respect to products which within 12 months from the date of delivery are found by ECCO to to have been defective at the time of delivery, Purchaser's remedies are exclusively limited to replacement of, or credit for, any defective product (at the option of ECCO) but such replacement, or credit shall be made only if Purchaser follows the Terms and Conditions set forth herein concerning Inspection/Acceptance/Return.

ECCO's warranty is made only to Purchaser. Purchaser shall make no warranty in its resale of ECCO's products more extensive than the warranty contained herein unless Purchaser clearly identifies that the warranty is the Purchaser's only and is not the responsibility of ECCO.

## REDISTRIBUTION

ECCO sells its product only to retailers for resale to consumers at approved locations. Sale or offer to sell from any other location, through any other medium, (including without limitation: mail order, catalog, Internet, Intranet or otherwise) is expressly prohibited unless previously authorized by ECCO in writing. Unless specifically prohibited by applicable law, sale, resale or transshipment from, in, to or through any unauthorized location, business, medium or to other than consumers is a violation of these Terms and Conditions of Sale. Purchaser agrees and understands that ECCO's policy is for the purpose of maintaining and enhancing the image and placement of its trademarks and trade name throughout the world. Purchaser acknowledges that ECCO will use all available remedies at law to protect its trademark image from unauthorized activities.

**CHIDOCS02:477375.3**
**April 16, 2002**

## LIMITATION OF LIABILITY

ECCO assumes no liability except as expressly provided in these Terms and Conditions. IN NO EVENT WILL ECCO BE LIABLE TO PURCHASER OR ITS CUSTOMERS FOR SPECIAL, INDIRECT, NCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARIS NG IN CONTRACT, N TORT, UNDER WARRANTY OR OTHERWISE. Purchaser shall indemnify ECCO against any claim (including the expenses of defending the claim) by any third party against ECCO alleging loss, damage, or injury, howsoever caused or arising, which claim is predicated on warranties issued by Purchaser exceeding those contained herein.

## TITLE AND RISK OF LOSS

Title to all product will pass to Purchaser when delivered to the carrier. Thereafter, except as otherwise specifically provided herein, all risk of loss and/or damage to any product ordered hereunder will be borne by Purchaser.

## CHANGE IN OWNERSHIP OR LOCATION

In the event of a sale of, or a partial or total change in ownership in,Purchaser or of any of Purchaser's approved locations, the new owner(s) additional locations) must apply to ECCO for approval as an authorized dealer for each such location. Purchaser will not be eligible to obtain ECCO# merchandise until an authorized officer of ECCO approves each such application in writing.

## PRODUCT CHANGES

ECCO expressly reserves the right, at any time and without notice, to discontinue the production of or change the specifications for any product. No such change in specifications will affect any order of product by Purchaser.

## ECCO TRADEMARKS

Purchaser will have no right to use any of ECCO's trademarks or trade names, including but not limited to the name and mark "ECCO#", except as solely and directly in connection with the sale or advertising of ECCO products in connection with the resale of such products to consumers. Purchaser will comply with all legal prerequisites and standards and specifications promulgated by ECCO governing the proper usage and display of such trademarks. Purchaser will have no right of any kind in or to any of ECCO's trademarks or trade names. ECCO expressly reserves the right to prohibit, restrict, or condition further in any way ECCO may deem necessary or appropriate, the use by Purchaser of any of ECCO's trademarks or trade names.

## MODIFICATIONS AND CANCELLATIONS

These Terms and Conditions of Sale may not be modified, terminated, or repudiated, in whole or in part, except in a writing executed by an authorized officer of ECCO. ECCO may, at its sole option, treat any attempted modification, termination, or repudiation to which it does notassent in writing, as a breach of the entire agreement. Purchaser will have no right to modify or cancel orders once submitted without ECCO's prior written approval.

## REMEDIES FOR PURCHASER DEFAULT OR BREACH

Upon any breach by Purchaser, or failure by Purchaser to comply with anyof these Terms and Conditions of Sale, or if Purchaser becomes unable to conduct its normal business operations (including inability to meet its obligations as they mature), or if Purchaser becomes the subject of any proceeding under any state of federal bankruptcy law or other law, or makes any assignment for the benefit of creditors, ECCO will have the right to immediately cancel or terminate any and all agreements with or obligations to said Purchaser relating to sales of product, in whole or such part, which may result in non-shipment or cancellation of Purchaser pending or future order(s) and/or termination of Purchaser's relationship with ECCO, and to recover from Purchaser all of ECCO's damages (including without limitation special, indirect, consequential and incidental damages) resulting therefrom or arising in connection therewith. All remedies in these Terms and Conditions of Sale will be cumulative and not exclusive and will be in additon to all other rights and remedies provided by applicable law, except as expressly excluded under the section "Limitation of Liability.". The exercise or failure to exercise any remedy by ECCO will not preclude the exercise of the same or other remedies under these Terms and Conditions of Sale.

## WAIVER

ECCO will not be deemed to have waived any provision of these Terms and Conditions of Sale or any breach by Purchaser of any provision of these Terms and Conditions of Sale, unless specifically set forth in writing and executed by an authorized officer of ECCO. No waiver by ECCO of any provision of these Terms and Conditions of Sale of any breach by Purchaser hereunder will constitute a waiver of such provision or breach on any other occasion.

SEPARABILITY
The invalidity or unenforceability (in whole or in part) of any provision, term, or condition hereof, will not affect in any way the validity and enforceability of the remainder of such provision, term or condition, or any other provision, term or condition.

## APPLICABLE LAW/LIMITATIONS

The terms and conditions hereof, and the transactions contemplated hereby, will be governed by, construed and interpreted in accordance with the laws of the State of New Hampshire, with regard to its conflict of laws rules. Any legal action with respect to any such transaction, except claims ECCO may have for payment, must be commenced within one year and one day after the cause of action has accrued or will be deemed waived.

ENTIRE AGREEMENT
The terms and conditions set forth herein, together with any additions or revisions agreed to in writing by an authorized officer of ECCO, will constitute the entire agreement and understanding of ECCO and Purchaser.



1007208 / 1007208
PENINSULA GOLF
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

Delivery address
1007208
PENINSULA GOLF
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

# Invoice

| Invoice no. 110536955 | Inv. date 01/17/2011 | Currency USD | Terms of delivery EXW   LONDONDERRY | Value date 01/17/2011 | Page No. 1 of 2 |
|---|---|---|---|---|---|

| Item | Material | Description | QTY | Price | Value |
|---|---|---|---|---|---|
| 10 | 15052456136 | M. Golf Street Beige/Beige Nomad/Suede | 5  PAA | | |
| | Order | 1038913 | | | |
| | Purchase order | STREETS | | | |
| | Size | 45      46 | | | |
| | Quantity | 2       3 | | | |
| | Price | ▮▮▮▮ | | | |
| | Recommended price | ▮▮▮▮ | | | |
| | Delivery note | 81266541      from      01/06/2011 | | | |
| 20 | 15052455869 | M. Golf Street Black/Moonless Nomad/Sue | 8  PAA | | |
| | Order | 1038913 | | | |
| | Purchase order | STREETS | | | |
| | Size | 43      45      46 | | | |
| | Quantity | 3       3       2 | | | |
| | Price | ▮▮▮▮ | | | |
| | Recommended price | ▮▮▮▮ | | | |
| | Delivery note | 81266541      from      01/06/2011 | | | |
| 30 | 03918456497 | M.Golf Street Moonl/Black/Chili R C/L/D | 1  PAA | | |
| | Order | 1038913 | | | |
| | Purchase order | STREETS | | | |
| | Size | 47 | | | |
| | Quantity | 1 | | | |
| | Price | ▮▮▮▮ | | | |
| | Recommended price | ▮▮▮▮ | | | |
| | Delivery note | 81266541      from      01/06/2011 | | | |
| 40 | 03918456496 | M.Golf Street Licorice/Coffe/Fanta L/C/D | 2  PAA | | |
| | Order | 1038913 | | | |
| | Purchase order | STREETS | | | |
| | Size | 44      45 | | | |
| | Quantity | 1       1 | | | |
| | Price | ▮▮▮▮ | | | |
| | Recommended price | ▮▮▮▮ | | | |
| | Delivery note | 81266541      from      01/06/2011 | | | |

Subtotal   ▮▮▮▮

MAKE CHECK PAYABLE TO:  Tel: 1-800-886-3226  ECCO USA, Inc.
ECCO USA, INC.          Tel: 1-603-537-7300  16 Delta Drive
P.O.BOX 83360           Fax:1-603-537-9321   Londonderry,NH 03053
WOBURN, MA 01813-3360   DUNS 55 604 3982     www.eccousa.com



1007208 / 1007208
PENINSULA GOLF
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

Delivery address
1007208
PENINSULA GOLF
PENINSULA GOLF
22 17TH AVE
SAN MATEO CA  94402

# Invoice

| Invoice no. 110536955 | Inv. date 01/17/2011 | Currency USD | Terms of delivery EXW   LONDONDERRY | | Value date 01/17/2011 | Page No. 2 of 2 |
|---|---|---|---|---|---|---|

| | | | | | Subtotal | ▮ |
|---|---|---|---|---|---|---|

| Total No of Units | 16 | Gross Price | ▮ | Total discount | ▮ | Net Price | ▮ |
|---|---|---|---|---|---|---|---|
| Postage/Freight | ▮ | Surcharge ▮ | Net total | ▮ | VAT | ▮ | Total | ▮ |
| Terms of payment: | ▮ | | | | | | |
| ▮ | | | | Total | USD | ▮ | |

## ACCEPTANCE OF ORDERS

ECCO will have the right to accept or reject any order, and to accept orders in part, in its sole discretion.
ECCO will not be deemed to have accepted any order (or any portion thereof) from Purchaser until such products are delivered by ECCO to the carrier for delivery to Purchaser.

## PRICE/DELIVERY TERMS

Unless otherwise stated on ECCO's order acceptance or invoice, price and delivery terms are net ExWorks (ECCO's warehouse in Londonderry NH or elsewhere in the U.S. as designated by ECCO). All prices are subject to change without notice, and orders will be billed at prices prevailing at the time ECCO accepts Purchaser's written order. Partial shipment of an order will not bind ECCO to deliver the remainder of order at the same prices. Prices do not include any tax or other government charge or assessment upon the sale, shipment, production or use of the product ordered or sold hereunder. Purchaser will be solely responsible for, and will (upon demand) pay to ECCO, any such tax, charge or assessment (other than any such tax on or measured by ECCO's income).
An additional $5.00 per pair will be charged on all orders of fewer than six pairs. Charges are in addition to those shown on the current price list.

In the absence of specific shiping instructions, we will ship accordingto our best judgment. ECCO will not assume the responsibility of any transportation charge. ECCO will attempt to meet delivery schedules requested by Purchaser. However, all delivery indications are estimatesonly. ECCO will not assume any liability, consequential or otherwise, resulting from failure to deliver product in accordance with indicated delivery schedules.

## PAYMENT/SECURITY

Unless otherwise stated on ECCO's order acceptance or invoice, payment terms are thirty (30) days from delivery for shipments destined East of the Mississippi River and forty (40) days from delivery for shipments destined West of the Mississippi River.

Whenever ECCO in good faith deems itself insecure, ECCO may cancel any outstanding contract with Purchaser; revoke any extension of credit to Purchaser; reduce any unpaid debt by enforcing its security interest, created hereby, in the goods (and proceeds therefrom) furnished by ECCO to Purchaser; and take any other steps necessary or desirable to secure ECCO fully with respect to Purchaser's payment for goods or services furnished or to be furnished by ECCO.

## INSPECTION/ACCEPTANCE/RETURN

Purchaser must carefully examine and check all deliveries of product as they are received. Any alleged error, shortage, defect or nonconformity must be reported to ECCO within ten (10) business days after receipt of the product. Failure by Purchaser to comply with above will constitute Purchaser's waiver of any claim or right against ECCO arising hereunder or by laws with respect to any such error, shortage, defect, or nonconformity reasonably discoverable by such an examination and check, except and to the extent that such claims are valid under ECCO's warranty.

Any and all claims by Purchaser for damage or loss in transit will be made by Purchaser against the carrier. Please verify contents against packing slips. All claims for shipping shortages must be received within ten (10) business days of the transaction in question. Credit will only be issued after shortage is verified by ECCO.

ECCO will only accept returns for product that is shipped in error or deemed to be defective. A Return Authorization number must accompany all returns. Purchaser will direct return requests for non-defective merchandise to ECCO's Customer Service Department. For defective return requests, purchaser will direct requests to the Returns department at 1-888-863-1300 or fax 1-888-867-1300. All product returned must include a Return Authorization number, proof of purchase, and must be returned to Ecco USA Inc. [16 Delta Drive Londonderry, NH 03053 Any carton returned without a Return Authorization number will be refused. The risk of loss and expenses of return in connection with any returned product will be borne by Purchaser.

New/non-defective product which is returned with ECCO's authorization will be inspected and subject to a $3.00 per pair re-stocking fee. ECCO will not assume responsibility for any additional handling or freight charges.

## LIMITED WARRANTY

ECCO warrants that its product is free from defect in materials and workmanship at the time and place of delivery by ECCO. THE WARRANTY DESCRIBED N THIS PARAGRAPH SHALL BE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR MPL ED, INCLUDING, BUT NOT L MITED TO, THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. With respect to products which within 12 months from the date of delivery are found by ECCO to to have been defective at the time of delivery, Purchaser's remedies are exclusively limited to replacement of, or credit for, any defective product (at the option of ECCO) but such replacement, or credit shall be made only if Purchaser follows the Terms and Conditions set forth herein concerning Inspection/Acceptance/Return.

ECCO's warranty is made only to Purchaser. Purchaser shall make no warranty in its resale of ECCO's products more extensive than the warranty contained herein unless Purchaser clearly identifies that the warranty is the Purchaser's only and is not the responsibility of ECCO.

## REDISTRIBUTION

ECCO sells its product only to retailers for resale to consumers at approved locations. Sale or offer to sell from any other location, through any other medium, (including without limitation: mail order, catalog, Internet, Intranet or otherwise) is expressly prohibited unless previously authorized by ECCO in writing. Unless specifically prohibited by applicable law, sale, resale or transshipment from, in, to or through any unauthorized location, business, medium or to other than consumers is a violation of these Terms and Conditions of Sale. Purchaser agrees and understands that ECCO's policy is for the purpose of maintaining and enhancing the image and placement of its trademarks and trade name throughout the world. Purchaser acknowledges that ECCO will use all available remedies at law to protect its trademark image from unauthorized activities.

**CHIDOCS02:477375.3**
**April 16, 2002**

## LIMITATION OF LIABILITY

ECCO assumes no liability except as expressly provided in these Terms and Conditions. IN NO EVENT WILL ECCO BE LIABLE TO PURCHASER OR ITS CUSTOMERS FOR SPECIAL, INDIRECT, NCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARIS NG IN CONTRACT, N TORT, UNDER WARRANTY OR OTHERWISE. Purchaser shall indemnify ECCO against any claim (including the expenses of defending the claim) by any third party against ECCO alleging loss, damage, or injury, howsoever caused or arising, which claim is predicated on warranties issued by Purchaser exceeding those contained herein.

## TITLE AND RISK OF LOSS

Title to all product will pass to Purchaser when delivered to the carrier. Thereafter, except as otherwise specifically provided herein, all risk of loss and/or damage to any product ordered hereunder will be borne by Purchaser.

## CHANGE IN OWNERSHIP OR LOCATION

In the event of a sale of, or a partial or total change in ownership in,Purchaser or of any of Purchaser's approved locations, the new owner(s) additional locations) must apply to ECCO for approval as an authorized dealer for each such location. Purchaser will not be eligible to obtain ECCO# merchandise until an authorized officer of ECCO approves each such application in writing.

## PRODUCT CHANGES

ECCO expressly reserves the right, at any time and without notice, to discontinue the production of or change the specifications for any product. No such change in specifications will affect any order of product by Purchaser.

## ECCO TRADEMARKS

Purchaser will have no right to use any of ECCO's trademarks or trade names, including but not limited to the name and mark "ECCO#", except as solely and directly in connection with the sale or advertising of ECCO products in connection with the resale of such products to consumers. Purchaser will comply with all legal prerequisites and standards and specifications promulgated by ECCO governing the proper usage and display of such trademarks. Purchaser will have no right of any kind in or to any of ECCO's trademarks or trade names. ECCO expressly reserves the right to prohibit, restrict, or condition further in any way ECCO may deem necessary or appropriate, the use by Purchaser of any of ECCO's trademarks or trade names.

## MODIFICATIONS AND CANCELLATIONS

These Terms and Conditions of Sale may not be modified, terminated, or repudiated, in whole or in part, except in a writing executed by an authorized officer of ECCO. ECCO may, at its sole option, treat any attempted modification, termination, or repudiation to which it does notassent in writing, as a breach of the entire agreement. Purchaser will have no right to modify or cancel orders once submitted without ECCO's prior written approval.

## REMEDIES FOR PURCHASER DEFAULT OR BREACH

Upon any breach by Purchaser, or failure by Purchaser to comply with anyof these Terms and Conditions of Sale, or if Purchaser becomes unable to conduct its normal business operations (including inability to meet its obligations as they mature), or if Purchaser becomes the subject of any proceeding under any state or federal bankruptcy law or other law, or makes any assignment for the benefit of creditors, ECCO will have the right to immediately cancel or terminate any and all agreements with or obligations to said Purchaser relating to sales of product, in whole or such part, which may result in non-shipment or cancellation of Purchaser pending or future order(s) and/or termination of Purchaser's relationship with ECCO, and to recover from Purchaser all of ECCO's damages (including without limitation special, indirect, consequential and incidental damages) resulting therefrom or arising in connection therewith. All remedies in these Terms and Conditions of Sale will be cumulative and not exclusive and will be in additon to all other rights and remedies provided by applicable law, except as expressly excluded under the section "Limitation of Liability.". The exercise or failure to exercise any remedy by ECCO will not preclude the exercise of the same or other remedies under these Terms and Conditions of Sale.

## WAIVER

ECCO will not be deemed to have waived any provision of these Terms and Conditions of Sale or any breach by Purchaser of any provision of these Terms and Conditions of Sale, unless specifically set forth in writing and executed by an authorized officer of ECCO. No waiver by ECCO of any provision of these Terms and Conditions of Sale of any breach by Purchaser hereunder will constitute a waiver of such provision or breach on any other occasion.

### SEPARABILITY

The invalidity or unenforceability (in whole or in part) of any provision, term, or condition hereof, will not affect in any way the validity and enforceability of the remainder of such provision, term or condition, or any other provision, term or condition.

## APPLICABLE LAW/LIMITATIONS

The terms and conditions hereof, and the transactions contemplated hereby, will be governed by, construed and interpreted in accordance with the laws of the State of New Hampshire, with regard to its conflict of laws rules. Any legal action with respect to any such transaction, except claims ECCO may have for payment, must be commenced within one year and one day after the cause of action has accrued or will be deemed waived.

### ENTIRE AGREEMENT

The terms and conditions set forth herein, together with any additions or revisions agreed to in writing by an authorized officer of ECCO, will constitute the entire agreement and understanding of ECCO and Purchaser.



1007208 / 1007208                      Delivery address
PENINSULA GOLF                         1007208
PENINSULA GOLF                         PENINSULA GOLF
24 17TH AVE                            PENINSULA GOLF
SAN MATEO CA  94402                    24 17TH AVE
                                       SAN MATEO CA  94402

# Invoice

| Invoice no.<br>110945234 | Inv. date<br>02/01/2012 | Currency<br>USD | Terms of delivery<br>EXW   LONDONDERRY | Value date<br>02/01/2012 | Page No.<br>1 of 1 |
|---|---|---|---|---|---|



| Item | Material | Description | QTY | Price | Value |
|---|---|---|---|---|---|
| 10 | 10000356343 | Womens Biom Golf Black/Night Shade BU | 1  PAA | | |
| | Order | 1923924 | | | |
| | Purchase order | SUSAN | | | |
| | Size | 38 | | | |
| | Quantity | 1 | | | |
| | Price | | | | |
| | Recommended price | | | | |
| | Delivery note | 82421310      from     01/31/2012 | | | |

| Total No of Units | | Gross Price | | Total discount | | Net Price | |
|---|---|---|---|---|---|---|---|
| | 1 | | | | | | |
| Postage/Freight | | Surcharge | | Net total | | VAT | | Total | |

Terms of payment:

Total        USD

## ACCEPTANCE OF ORDERS

ECCO will have the right to accept or reject any order, and to accept orders in part, in its sole discretion.
ECCO will not be deemed to have accepted any order (or any portion thereof) from Purchaser until such products are delivered by ECCO to the carrier for delivery to Purchaser.

## PRICE/DELIVERY TERMS

Unless otherwise stated on ECCO's order acceptance or invoice, price and delivery terms are net ExWorks (ECCO's warehouse in Londonderry NH or elsewhere in the U.S. as designated by ECCO). All prices are subject to change without notice, and orders will be billed at prices prevailing at the time ECCO accepts Purchaser's written order. Partial shipment of an order will not bind ECCO to deliver the remainder of order at the same prices. Prices do not include any tax or other government charge or assessment upon the sale, shipment, production or use of the product ordered or sold hereunder. Purchaser will be solely responsible for, and will (upon demand) pay to ECCO, any such tax, charge or assessment (other than any such tax on or measured by ECCO's income).
An additional $5.00 per pair will be charged on all orders of fewer than six pairs. Charges are in addition to those shown on the current price list.

In the absence of specific shiping instructions, we will ship accordingly our best judgment. ECCO will not assume the responsibility of any transportation charge. ECCO will attempt to meet delivery schedules requested by Purchaser. However, all delivery indications are estimatesonly. ECCO will not assume any liability, consequential or otherwise, resulting from failure to deliver product in accordance with indicated delivery schedules.

## PAYMENT/SECURITY

Unless otherwise stated on ECCO's order acceptance or invoice, payment terms are thirty (30) days from delivery for shipments destined East of the Mississippi River and forty (40) days from delivery for shipments destined West of the Mississippi River.

Whenever ECCO in good faith deems itself insecure, ECCO may cancel any outstanding contract with Purchaser; revoke any extension of credit to Purchaser; reduce any unpaid debt by enforcing its security interest, created hereby, in all goods (and proceeds therefrom) furnished by ECCO to Purchaser; and take any other steps necessary or desirable to secure ECCO fully with respect to Purchaser's payment for goods or services furnished or to be furnished by ECCO.

## INSPECTION/ACCEPTANCE/RETURN

Purchaser must carefully examine and check all deliveries of product as they are received. Any alleged error, shortage, defect or nonconformity must be reported to ECCO within ten (10) business days after receipt of the product. Failure by Purchaser to comply with above will constitute Purchaser's waiver of any claim or right against ECCO arising hereunder or by laws with respect to any such error, shortage, defect, or nonconformity reasonably discoverable by such an examination and check, except and to the extent that such claims are valid under ECCO's warranty.

Any and all claims by Purchaser for damage or loss in transit will be made by Purchaser against the carrier. Please verify contents against packing slips. All claims for shipping shortages must be received within ten (10) business days of the transaction in question. Credit will only be issued after shortage is verified by ECCO.

ECCO will only accept returns for product that is shipped in error or deemed to be defective. A Return Authorization number must accompany all returns. Purchaser will direct return requests for non-defective merchandise to ECCO's Customer Service Department. For defective return requests, purchaser will direct requests to the Returns department at 1-888-863-1300 or fax 1-888-867-1300. All product returned must include a Return Authorization number, proof of purchase, and must be returned to Ecco USA Inc. [16 Delta Drive Londonderry, NH 03053 Any carton returned without a Return Authorization number will be refused. The risk of loss and expenses of return in connection with any returned product will be borne by Purchaser.

New/non-defective product which is returned with ECCO's authorization will be inspected and subject to a $3.00 per pair re-stocking fee. ECCO will not assume responsibility for any additional handling or freight charges.

## LIMITED WARRANTY

ECCO warrants that its product is free from defect in materials and workmanship at the time and place of delivery by ECCO. THE WARRANTY DESCRIBED N THIS PARAGRAPH SHALL BE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR MPL ED, INCLUDING, BUT NOT L MITED TO, THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. With respect to products which within 12 months from the date of delivery are found by ECCO to to have been defective at the time of delivery, Purchaser's remedies are exclusively limited to replacement of, or credit for, any defective product (at the option of ECCO) but such replacement, or credit shall be made only if Purchaser follows the Terms and Conditions set forth herein concerning Inspection/Acceptance/Return.

ECCO's warranty is made only to Purchaser. Purchaser shall make no warranty in its resale of ECCO's products more extensive than the warranty contained herein unless Purchaser clearly identifies that the warranty is the Purchaser's only and is not the responsibility of ECCO.

## REDISTRIBUTION

ECCO sells its product only to retailers for resale to consumers at approved locations. Sale or offer to sell from any other location, through any other medium, (including without limitation: mail order, catalog, Internet, Intranet or otherwise) is expressly prohibited unless previously authorized by ECCO in writing. Unless specifically prohibited by applicable law, sale, resale or transshipment from, in, to or through any unauthorized location, business, medium or to other than consumers is a violation of these Terms and Conditions of Sale. Purchaser agrees and understands that ECCO's policy is for the purpose of maintaining and enhancing the image and placement of its trademarks and trade name throughout the world. Purchaser acknowledges that ECCO will use all available remedies at law to protect its trademark image from unauthorized activities.

**CHIDOCS02:477375.3**
**April 16, 2002**

## LIMITATION OF LIABILITY

ECCO assumes no liability except as expressly provided in these Terms and Conditions. IN NO EVENT WILL ECCO BE LIABLE TO PURCHASER OR ITS CUSTOMERS FOR SPECIAL, INDIRECT, NCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARIS NG IN CONTRACT, N TORT, UNDER WARRANTY OR OTHERWISE. Purchaser shall indemnify ECCO against any claim (including the expenses of defending the claim) by any third party against ECCO alleging loss, damage, or injury, howsoever caused or arising, which claim is predicated on warranties issued by Purchaser exceeding those contained herein.

## TITLE AND RISK OF LOSS

Title to all product will pass to Purchaser when delivered to the carrier. Thereafter, except as otherwise specifically provided herein, all risk of loss and/or damage to any product ordered hereunder will be borne by Purchaser.

## CHANGE IN OWNERSHIP OR LOCATION

In the event of a sale of, or a partial or total change in ownership in,Purchaser or of any of Purchaser's approved locations, the new owner(s) additional locations) must apply to ECCO for approval as an authorized dealer for each such location. Purchaser will not be eligible to obtain ECCO# merchandise until an authorized officer of ECCO approves each such application in writing.

## PRODUCT CHANGES

ECCO expressly reserves the right, at any time and without notice, to discontinue the production of or change the specifications for any product. No such change in specifications will affect any order of product by Purchaser.

## ECCO TRADEMARKS

Purchaser will have no right to use any of ECCO's trademarks or trade names, including but not limited to the name and mark "ECCO#", except as solely and directly in connection with the sale or advertising of ECCO products in connection with the resale of such products to consumers. Purchaser will comply with all legal prerequisites and standards and specifications promulgated by ECCO relating to the proper usage and display of such trademarks. Purchaser will have no right of any kind in or to any of ECCO's trademarks or trade names. ECCO expressly reserves the right to prohibit, restrict, or condition further in any way ECCO may deem necessary or appropriate, the use by Purchaser of any of ECCO's trademarks or trade names.

## MODIFICATIONS AND CANCELLATIONS

These Terms and Conditions of Sale may not be modified, terminated, or repudiated, in whole or in part, except in a writing executed by an authorized officer of ECCO. ECCO may, at its sole option, treat any attempted modification, termination, or repudiation to which it does notassent in writing, as a breach of the entire agreement. Purchaser will have no right to modify or cancel orders once submitted without ECCO's prior written approval.

## REMEDIES FOR PURCHASER DEFAULT OR BREACH

Upon any breach by Purchaser, or failure by Purchaser to comply with anyof these Terms and Conditions of Sale, or if Purchaser becomes unable to conduct its normal business operations (including inability to meet its obligations as they mature), or if Purchaser becomes the subject of any proceeding under any state or federal bankruptcy law or other law, or makes any assignment for the benefit of creditors, ECCO will have the right to immediately cancel or terminate any and all agreements with or obligations to said Purchaser relating to sales of product, in whole or such part, which may result in non-shipment or cancellation of Purchaser pending or future order(s) and/or termination of Purchaser's relationship with ECCO, and to recover from Purchaser all of ECCO's damages (including without limitation special, indirect, consequential and incidental damages) resulting therefrom or arising in connection therewith. All remedies in these Terms and Conditions of Sale will be cumulative and not exclusive and will be in additon to all other rights and remedies provided by applicable law, except as expressly excluded under the section "Limitation of Liability.". The exercise or failure to exercise any remedy by ECCO will not preclude the exercise of the same or other remedies under these Terms and Conditions of Sale.

## WAIVER

ECCO will not be deemed to have waived any provision of these Terms and Conditions of Sale or any breach by Purchaser of any provision of these Terms and Conditions of Sale, unless specifically set forth in writing and executed by an authorized officer of ECCO. No waiver by ECCO of any provision of these Terms and Conditions of Sale of any breach by Purchaser hereunder will constitute a waiver of such provision or breach on any other occasion.

### SEPARABILITY

The invalidity or unenforceability (in whole or in part) of any provision, term, or condition hereof, will not affect in any way the validity and enforceability of the remainder of such provision, term or condition, or any other provision, term or condition.

## APPLICABLE LAW/LIMITATIONS

The terms and conditions hereof, and the transactions contemplated hereby, will be governed by, construed and interpreted in accordance with the laws of the State of New Hampshire, with regard to its conflict of laws rules. Any legal action with respect to any such transaction, except claims ECCO may have for payment, must be commenced within one year and one day after the cause of action has accrued or will be deemed waived.

### ENTIRE AGREEMENT

The terms and conditions set forth herein, together with any additions or revisions agreed to in writing by an authorized officer of ECCO, will constitute the entire agreement and understanding of ECCO and Purchaser.



MAKE CHECK PAYABLE TO:  Tel: 1-800-886-3226    ECCO USA, Inc.
ECCO USA, INC.           Tel: 1-603-537-7300    16 Delta Drive
P.O.BOX 83360            Fax:1-603-537-9321     Londonderry,NH 03053
WOBURN, MA 01813-3360    DUNS 55 604 3982     www.eccousa.com

1007208 / 1007208                Delivery address
PENINSULA GOLF              1007208
PENINSULA GOLF              PENINSULA GOLF
24 17TH AVE                  PENINSULA GOLF
SAN MATEO CA  94402         24 17TH AVE
                             SAN MATEO CA  94402

# Invoice

| Invoice no. 111317003 | Inv. date 01/07/2013 | Currency USD | Terms of delivery EXW   LONDONDERRY | Value date 01/07/2013 | Page No. 1 of 1 |
|---|---|---|---|---|---|



| Item | Material | Description | QTY | | Price | Value |
|---|---|---|---|---|---|---|
| 10 | 13100457208 | M. Biom Golf  White/Mazarne B B:U.Ru/M | 3 | PAA | | |
| | Order | 2743833 | | | | |
| | Purchase order | JAMES | | | | |
| | Size | 42        46 | | | | |
| | Quantity | 2         1 | | | | |
| | Price | | | | | |
| | Recommended price | | | | | |
| | Delivery note | 83508006        from        01/05/2013 | | | | |
| | Order Reason | | | | | |

| Total No of Units | 3 | Gross Price | | Total discount | | Net Price | |
|---|---|---|---|---|---|---|---|
| Postage/Freight | | Surcharge | | Net total | | Total | |

Terms of payment:

Total      USD

## ACCEPTANCE OF ORDERS

ECCO will have the right to accept or reject any order, and to accept orders in part, in its sole discretion.
ECCO will not be deemed to have accepted any order (or any portion thereof) from Purchaser until such products are delivered by ECCO to the carrier for delivery to Purchaser.

## PRICE/DELIVERY TERMS

Unless otherwise stated on ECCO's order acceptance or invoice, price and delivery terms are net ExWorks (ECCO's warehouse in Londonderry NH or elsewhere in the U.S. as designated by ECCO). All prices are subject to change without notice, and orders will be billed at prices prevailing at the time ECCO accepts Purchaser's written order. Partial shipment of an order will not bind ECCO to deliver the remainder of order at the same prices. Prices do not include any tax or other government charge or assessment upon the sale, shipment, production or use of the product ordered or sold hereunder. Purchaser will be solely responsible for, and will (upon demand) pay to ECCO, any such tax, charge or assessment (other than any such tax on or measured by ECCO's income).
An additional $5.00 per pair will be charged on all orders of fewer than six pairs. Charges are in addition to those shown on the current price list.

In the absence of specific shiping instructions, we will ship accordingto our best judgment. ECCO will not assume the responsibility of any transportation charge. ECCO will attempt to meet delivery schedules requested by Purchaser. However, all delivery indications are estimatesonly. ECCO will not assume any liability, consequential or otherwise, resulting from failure to deliver product in accordance with indicated delivery schedules.

## PAYMENT/SECURITY

Unless otherwise stated on ECCO's order acceptance or invoice, payment terms are thirty (30) days from delivery for shipments destined East of the Mississippi River and forty (40) days from delivery for shipments destined West of the Mississippi River.

Whenever ECCO in good faith deems itself insecure, ECCO may cancel any outstanding contract with Purchaser; revoke any extension of credit to Purchaser; reduce any unpaid debt by enforcing its security interest, created hereby, in all goods (and proceeds therefrom) furnished by ECCO to Purchaser; and take any other steps necessary or desirable to secure ECCO fully with respect to Purchaser's payment for goods or services furnished or to be furnished by ECCO.

## INSPECTION/ACCEPTANCE/RETURN

Purchaser must carefully examine and check all deliveries of product as they are received. Any alleged error, shortage, defect or nonconformity must be reported to ECCO within ten (10) business days after receipt of the product. Failure by Purchaser to comply with above will constitute Purchaser's waiver of any claim or right against ECCO arising hereunder or by laws with respect to any such error, shortage, defect, or nonconformity reasonably discoverable by such an examination and check, except and to the extent that such claims are valid under ECCO's warranty.

Any and all claims by Purchaser for damage or loss in transit will be made by Purchaser against the carrier. Please verify contents against packing slips. All claims for shipping shortages must be received within ten (10) business days of the transaction in question. Credit will only be issued after shortage is verified by ECCO.

ECCO will only accept returns for product that is shipped in error or deemed to be defective. A Return Authorization number must accompany all returns. Purchaser will direct return requests for non-defective merchandise to ECCO's Customer Service Department. For defective return requests, purchaser will direct requests to the Returns department at 1-888-863-1300 or fax 1-888-867-1300. All product returned must include a Return Authorization number, proof of purchase, and must be returned to Ecco USA Inc. [16 Delta Drive Londonderry, NH 03053 Any carton returned without a Return Authorization number will be refused. The risk of loss and expenses of return in connection with any returned product will be borne by Purchaser.

New/non-defective product which is returned with ECCO's authorization will be inspected and subject to a $3.00 per pair re-stocking fee. ECCO will not assume responsibility for any additional handling or freight charges.

## LIMITED WARRANTY

ECCO warrants that its product is free from defect in materials and workmanship at the time and place of delivery by ECCO. THE WARRANTY DESCRIBED N THIS PARAGRAPH SHALL BE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR MPL ED, INCLUDING, BUT NOT L MITED TO, THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. With respect to products which within 12 months from the date of delivery are found by ECCO to to have been defective at the time of delivery, Purchaser's remedies are exclusively limited to replacement of, or credit for, any defective product (at the option of ECCO) but such replacement, or credit shall be made only if Purchaser follows the Terms and Conditions set forth herein concerning Inspection/Acceptance/Return.

ECCO's warranty is made only to Purchaser. Purchaser shall make no warranty in its resale of ECCO's products more extensive than the warranty contained herein unless Purchaser clearly identifies that the warranty is the Purchaser's only and is not the responsibility of ECCO.

## REDISTRIBUTION

ECCO sells its product only to retailers for resale to consumers at approved locations. Sale or offer to sell from any other location, through any other medium, (including without limitation: mail order, catalog, Internet, Intranet or otherwise) is expressly prohibited unless previously authorized by ECCO in writing. Unless specifically prohibited by applicable law, sale, resale or transshipment from, in, to or through any unauthorized location, business, medium or to other than consumers is a violation of these Terms and Conditions of Sale. Purchaser agrees and understands that ECCO's policy is for the purpose of maintaining and enhancing the image and placement of its trademarks and trade name throughout the world. Purchaser acknowledges that ECCO will use all available remedies at law to protect its trademark image from unauthorized activities.

**CHIDOCS02:477375.3**
**April 16, 2002**

## LIMITATION OF LIABILITY

ECCO assumes no liability except as expressly provided in these Terms and Conditions. IN NO EVENT WILL ECCO BE LIABLE TO PURCHASER OR ITS CUSTOMERS FOR SPECIAL, INDIRECT, NCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARIS NG IN CONTRACT, N TORT, UNDER WARRANTY OR OTHERWISE. Purchaser shall indemnify ECCO against any claim (including the expenses of defending the claim) by any third party against ECCO alleging loss, damage, or injury, howsoever caused or arising, which claim is predicated on warranties issued by Purchaser exceeding those contained herein.

## TITLE AND RISK OF LOSS

Title to all product will pass to Purchaser when delivered to the carrier. Thereafter, except as otherwise specifically provided herein, all risk of loss and/or damage to any product ordered hereunder will be borne by Purchaser.

## CHANGE IN OWNERSHIP OR LOCATION

In the event of a sale of, or a partial or total change in ownership in,Purchaser or of any of Purchaser's approved locations, the new owner(s) additional locations) must apply to ECCO for approval as an authorized dealer for each such location. Purchaser will not be eligible to obtain ECCO# merchandise until an authorized officer of ECCO approves each such application in writing.

## PRODUCT CHANGES

ECCO expressly reserves the right, at any time and without notice, to discontinue the production of or change the specifications for any product. No such change in specifications will affect any order of product by Purchaser.

## ECCO TRADEMARKS

Purchaser will have no right to use any of ECCO's trademarks or trade names, including but not limited to the name and mark "ECCO#", except as solely and directly in connection with the sale or advertising of ECCO products in connection with the resale of such products to consumers. Purchaser will comply with all legal prerequisites and standards and specifications promulgated by ECCO governing the proper usage and display of such trademarks. Purchaser will have no right of any kind in or to any of ECCO's trademarks or trade names. ECCO expressly reserves the right to prohibit, restrict, or condition further in any way ECCO may deem necessary or appropriate, the use by Purchaser of any of ECCO's trademarks or trade names.

## MODIFICATIONS AND CANCELLATIONS

These Terms and Conditions of Sale may not be modified, terminated, or repudiated, in whole or in part, except in a writing executed by an authorized officer of ECCO. ECCO may, at its sole option, treat any attempted modification, termination, or repudiation to which it does notassent in writing, as a breach of the entire agreement. Purchaser will have no right to modify or cancel orders once submitted without ECCO's prior written approval.

## REMEDIES FOR PURCHASER DEFAULT OR BREACH

Upon any breach by Purchaser, or failure by Purchaser to comply with anyof these Terms and Conditions of Sale, or if Purchaser becomes unable to conduct its normal business operations (including inability to meet its obligations as they mature), or if Purchaser becomes the subject of any proceeding under any state of federal bankruptcy law or other law, or makes any assignment for the benefit of creditors, ECCO will have the right to immediately cancel or terminate any and all agreements with or obligations to said Purchaser relating to sales of product, in whole or such part, which may result in non-shipment or cancellation of Purchaser pending or future order(s) and/or termination of Purchaser's relationship with ECCO, and to recover from Purchaser all of ECCO's damages (including without limitation special, indirect, consequential and incidental damages) resulting therefrom or arising in connection therewith. All remedies in these Terms and Conditions of Sale will be cumulative and not exclusive and will be in additon to all other rights and remedies provided by applicable law, except as expressly excluded under the section "Limitation of Liability.". The exercise or failure to exercise any remedy by ECCO will not preclude the exercise of the same or other remedies under these Terms and Conditions of Sale.

## WAIVER

ECCO will not be deemed to have waived any provision of these Terms and Conditions of Sale or any breach by Purchaser of any provision of these Terms and Conditions of Sale, unless specifically set forth in writing and executed by an authorized officer of ECCO. No waiver by ECCO of any provision of these Terms and Conditions of Sale of any breach by Purchaser hereunder will constitute a waiver of such provision or breach on any other occasion.

SEPARABILITY
The invalidity or unenforceability (in whole or in part) of any provision, term, or condition hereof, will not affect in any way the validity and enforceability of the remainder of such provision, term or condition, or any other provision, term or condition.

## APPLICABLE LAW/LIMITATIONS

The terms and conditions hereof, and the transactions contemplated hereby, will be governed by, construed and interpreted in accordance with the laws of the State of New Hampshire, with regard to its conflict of laws rules. Any legal action with respect to any such transaction, except claims ECCO may have for payment, must be commenced within one year and one day after the cause of action has accrued or will be deemed waived.

ENTIRE AGREEMENT
The terms and conditions set forth herein, together with any additions or revisions agreed to in writing by an authorized officer of ECCO, will constitute the entire agreement and understanding of ECCO and Purchaser.

MAKE CHECK PAYABLE TO: Tel: 1-800-886-3226  ECCO USA, Inc.
ECCO USA, INC.            Tel: 1-603-537-7300  16 Delta Drive
P.O.BOX 83360             Fax:1-603-537-9321   Londonderry,NH 03053
WOBURN, MA 01813-3360     DUNS 55 604 3982     www.eccousa.com



1007208 / 1007208                          Delivery address
PENINSULA GOLF                             1007208
PENINSULA GOLF                             FRED MORRIS
24 17TH AVE                                2821 OCTAVIA STREET
SAN MATEO CA  94402                        SAN FRANCISCO CA  94123

# Invoice

| Invoice no. 111839602 | Inv. date 01/28/2014 | Currency USD | Terms of delivery EXW   LONDONDERRY | Value date 01/28/2014 | Page No. 1 of 1 |
|---|---|---|---|---|---|



| Item | Material | Description | QTY | | Price | Value |
|---|---|---|---|---|---|---|
| 10 | 14150457688 | M.Tour Golf Hyb. Black/Titan/Imp.P/Imp.P | 1 | PAA | | |
| | Order | 3805322 | | | | |
| | Purchase order | MORRIS | | | | |
| | Size | 43 | | | | |
| | Quantity | 1 | | | | |
| | Price | | | | | |
| | Recommended price | | | | | |
| | Delivery note | 801474384     from     01/27/2014 | | | | |
| | Order Reason | | | | | |

| Total No of Units | 1 | Gross Price | | Total discount | | Net Price | |
|---|---|---|---|---|---|---|---|
| Postage/Freight | | Surcharge | 0.00 | Net total | | VAT | | Total | |

Terms of payment:

|  |  | Total | USD |  |

## ACCEPTANCE OF ORDERS

ECCO will have the right to accept or reject any order, and to accept orders in part, in its sole discretion.
ECCO will not be deemed to have accepted any order (or any portion thereof) from Purchaser until such products are delivered by ECCO to the carrier for delivery to Purchaser.

## PRICE/DELIVERY TERMS

Unless otherwise stated on ECCO's order acceptance or invoice, price and delivery terms are net ExWorks (ECCO's warehouse in Londonderry NH or elsewhere in the U.S. as designated by ECCO). All prices are subject to change without notice, and orders will be billed at prices prevailing at the time ECCO accepts Purchaser's written order. Partial shipment of an order will not bind ECCO to deliver the remainder of order at the same prices. Prices do not include any tax or other government charge or assessment upon the sale, shipment, production or use of the product ordered or sold hereunder. Purchaser will be solely responsible for, and will (upon demand) pay to ECCO, any such tax, charge or assessment (other than any such tax on or measured by ECCO's income).
An additional $5.00 per pair will be charged on all orders of fewer than six pairs. Charges are in addition to those shown on the current price list.

In the absence of specific shipping instructions, we will ship accordingto our best judgment. ECCO will not assume the responsibility of any transportation charge. ECCO will attempt to meet delivery schedules requested by Purchaser. However, all delivery indications are estimatesonly. ECCO will not assume any liability, consequential or otherwise, resulting from failure to deliver product in accordance with indicated delivery schedules.

## PAYMENT/SECURITY

Unless otherwise stated on ECCO's order acceptance or invoice, payment terms are thirty (30) days from delivery for shipments destined East of the Mississippi River and forty (40) days from delivery for shipments destined West of the Mississippi River.

Whenever ECCO in good faith deems itself insecure, ECCO may cancel any outstanding contract with Purchaser; revoke any extension of credit to Purchaser; reduce any unpaid debt by enforcing its security interest, created hereby, in the goods (and proceeds therefrom) furnished by ECCO to Purchaser; and take any other steps necessary or desirable to secure ECCO fully with respect to Purchaser's payment for goods or services furnished or to be furnished by ECCO.

## INSPECTION/ACCEPTANCE/RETURN

Purchaser must carefully examine and check all deliveries of product as they are received. Any alleged error, shortage, defect or nonconformity must be reported to ECCO within ten (10) business days after receipt of the product. Failure by Purchaser to comply with above will constitute Purchaser's waiver of any claim or right against ECCO arising hereunder or by laws with respect to any such error, shortage, defect, or nonconformity reasonably discoverable by such an examination and check, except and to the extent that such claims are valid under ECCO's warranty.

Any and all claims by Purchaser for damage or loss in transit will be made by Purchaser against the carrier. Please verify contents against packing slips. All claims for shipping shortages must be received within ten (10) business days of the transaction in question. Credit will only be issued after shortage is verified by ECCO.

ECCO will only accept returns for product that is shipped in error or deemed to be defective. A Return Authorization number must accompany all returns. Purchaser will direct return requests for non-defective merchandise to ECCO's Customer Service Department. For defective return requests, purchaser will direct requests to the Returns department at 1-888-863-1300 or fax 1-888-867-1300. All product returned must include a Return Authorization number, proof of purchase, and must be returned to Ecco USA Inc. [16 Delta Drive Londonderry, NH 03053 Any carton returned without a Return Authorization number will be refused. The risk of loss and expenses of return in connection with any returned product will be borne by Purchaser.

New/non-defective product which is returned with ECCO's authorization will be inspected and subject to a $3.00 per pair re-stocking fee. ECCO will not assume responsibility for any additional handling or freight charges.

## LIMITED WARRANTY

ECCO warrants that its product is free from defect in materials and workmanship at the time and place of delivery by ECCO. THE WARRANTY DESCRIBED N THIS PARAGRAPH SHALL BE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR MPL ED, INCLUDING, BUT NOT L MITED TO, THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. With respect to products which within 12 months from the date of delivery are found by ECCO to to have been defective at the time of delivery, Purchaser's remedies are exclusively limited to replacement of, or credit for, any defective product (at the option of ECCO) but such replacement, or credit shall be made only if Purchaser follows the Terms and Conditions set forth herein concerning Inspection/Acceptance/Return.

ECCO's warranty is made only to Purchaser. Purchaser shall make no warranty in its resale of ECCO's products more extensive than the warranty contained herein unless Purchaser clearly identifies that the warranty is the Purchaser's only and is not the responsibility of ECCO.

## REDISTRIBUTION

ECCO sells its product only to retailers for resale to consumers at approved locations. Sale or offer to sell from any other location, through any other medium, (including without limitation: mail order, catalog, Internet, Intranet or otherwise) is expressly prohibited unless previously authorized by ECCO in writing. Unless specifically prohibited by applicable law, sale, resale or transshipment from, in, to or through any unauthorized location, business, medium or to other than consumers is a violation of these Terms and Conditions of Sale. Purchaser agrees and understands that ECCO's policy is for the purpose of maintaining and enhancing the image and placement of its trademarks and trade name throughout the world. Purchaser acknowledges that ECCO will use all available remedies at law to protect its trademark image from unauthorized activities.

**CHIDOCS02:477375.3**
**April 16, 2002**

## LIMITATION OF LIABILITY

ECCO assumes no liability except as expressly provided in these Terms and Conditions. IN NO EVENT WILL ECCO BE LIABLE TO PURCHASER OR ITS CUSTOMERS FOR SPECIAL, INDIRECT, NCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARIS NG IN CONTRACT, N TORT, UNDER WARRANTY OR OTHERWISE. Purchaser shall indemnify ECCO against any claim (including the expenses of defending the claim) by any third party against ECCO alleging loss, damage, or injury, howsoever caused or arising, which claim is predicated on warranties issued by Purchaser exceeding those contained herein.

## TITLE AND RISK OF LOSS

Title to all product will pass to Purchaser when delivered to the carrier. Thereafter, except as otherwise specifically provided herein, all risk of loss and/or damage to any product ordered hereunder will be borne by Purchaser.

## CHANGE IN OWNERSHIP OR LOCATION

In the event of a sale of, or a partial or total change in ownership in,Purchaser or of any of Purchaser's approved locations, the new owner(s) additional locations) must apply to ECCO for approval as an authorized dealer for each such location. Purchaser will not be eligible to obtain ECCO# merchandise until an authorized officer of ECCO approves each such application in writing.

## PRODUCT CHANGES

ECCO expressly reserves the right, at any time and without notice, to discontinue the production of or change the specifications for any product. No such change in specifications will affect any order of product by Purchaser.

## ECCO TRADEMARKS

Purchaser will have no right to use any of ECCO's trademarks or trade names, including but not limited to the name and mark "ECCO#", except as solely and directly in connection with the sale or advertising of ECCO products in connection with the resale of such products to consumers. Purchaser will comply with all legal prerequisites and standards and specifications promulgated by ECCO governing the proper usage and display of such trademarks. Purchaser will have no right of any kind in or to any of ECCO's trademarks or trade names. ECCO expressly reserves the right to prohibit, restrict, or condition further in any way ECCO may deem necessary or appropriate, the use by Purchaser of any of ECCO's trademarks or trade names.

## MODIFICATIONS AND CANCELLATIONS

These Terms and Conditions of Sale may not be modified, terminated, or repudiated, in whole or in part, except in a writing executed by an authorized officer of ECCO. ECCO may, at its sole option, treat any attempted modification, termination, or repudiation to which it does notassent in writing, as a breach of the entire agreement. Purchaser will have no right to modify or cancel orders once submitted without ECCO's prior written approval.

## REMEDIES FOR PURCHASER DEFAULT OR BREACH

Upon any breach by Purchaser, or failure by Purchaser to comply with anyof these Terms and Conditions of Sale, or if Purchaser becomes unable to conduct its normal business operations (including inability to meet its obligations as they mature), or if Purchaser becomes the subject of any proceeding under any state of federal bankruptcy law or other law, or makes any assignment for the benefit of creditors, ECCO will have the right to immediately cancel or terminate any and all agreements with or obligations to said Purchaser relating to sales of product, in whole or such part, which may result in non-shipment or cancellation of Purchaser pending or future order(s) and/or termination of Purchaser's relationship with ECCO, and to recover from Purchaser all of ECCO's damages (including without limitation special, indirect, consequential and incidental damages) resulting therefrom or arising in connection therewith. All remedies in these Terms and Conditions of Sale will be cumulative and not exclusive and will be in additon to all other rights and remedies provided by applicable law, except as expressly excluded under the section "Limitation of Liability.". The exercise or failure to exercise any remedy by ECCO will not preclude the exercise of the same or other remedies under these Terms and Conditions of Sale.

## WAIVER

ECCO will not be deemed to have waived any provision of these Terms and Conditions of Sale or any breach by Purchaser of any provision of these Terms and Conditions of Sale, unless specifically set forth in writing and executed by an authorized officer of ECCO. No waiver by ECCO of any provision of these Terms and Conditions of Sale of any breach by Purchaser hereunder will constitute a waiver of such provision or breach on any other occasion.

SEPARABILITY
The invalidity or unenforceability (in whole or in part) of any provision, term, or condition hereof, will not affect in any way the validity and enforceability of the remainder of such provision, term or condition, or any other provision, term or condition.

## APPLICABLE LAW/LIMITATIONS

The terms and conditions hereof, and the transactions contemplated hereby, will be governed by, construed and interpreted in accordance with the laws of the State of New Hampshire, with regard to its conflict of laws rules. Any legal action with respect to any such transaction, except claims ECCO may have for payment, must be commenced within one year and one day after the cause of action has accrued or will be deemed waived.

ENTIRE AGREEMENT
The terms and conditions set forth herein, together with any additions or revisions agreed to in writing by an authorized officer of ECCO, will constitute the entire agreement and understanding of ECCO and Purchaser.



MAKE CHECK PAYABLE TO: Credit Tel:    1-800-454-3226    ECCO USA, Inc.
ECCO USA, INC.          Cust.Serv. Tel: 1-800-886-3226    16 Delta Drive
P.O.BOX 83360           Credit Fax:    1-800-898-1432    Londonderry,NH 03053
WOBURN, MA 01813-3360     DUNS        55 604 3982     www.eccousa.com

1007208 / 1007208
PENINSULA GOLF
PENINSULA GOLF
24 17TH AVE
SAN MATEO CA  94402

Delivery address
1007208
PENINSULA GOLF
PENINSULA GOLF
24 17TH AVE
SAN MATEO CA  94402

**Repeat Printout**

# Invoice

| Invoice no.<br>112505266 | Inv. date<br>05/05/2015 | Currency<br>USD | Terms of delivery<br>EXW  LONDONDERRY | Value date<br>05/05/2015 | Page No.<br>1 of 4 |
|---|---|---|---|---|---|

CD417

| Item | Material | Description | QTY | | Price | Value |
|---|---|---|---|---|---|---|
| 10 | 13061459065 | M. Golf Biom G2 Black/Transparent YUR/O | 2 | PAA | ███████ | ███████ |
| | Order | 5123566 | | | | |
| | Purchase order | CD417 | | | | |
| | Size | 44     45 | | | | |
| | Quantity | 1     1 | | | | |
| | Price | | ████ | | | |
| | Recommended price | | ████ | | | |
| | Delivery note | 803944503    from    04/28/2015 | | | | |
| | Order Reason | | | | | |
| 20 | 13061459015 | M. Golf Biom G2 Concrete/Royal YUR/Out | 1 | PAA | | |
| | Order | 5123566 | | | | |
| | Purchase order | CD417 | | | | |
| | Size | 45 | | | | |
| | Quantity | 1 | | | | |
| | Price | | ████ | | | |
| | Recommended price | | ████ | | | |
| | Delivery note | 803944503    from    04/28/2015 | | | | |
| | Order Reason | | | | | |
| 30 | 13102450858 | Men's Biom Golf White/Steel Bi.UR/Outso | 1 | PAA | | |
| | Order | 5123566 | | | | |
| | Purchase order | CD417 | | | | |
| | Size | 43 | | | | |
| | Quantity | 1 | | | | |
| | Price | | ████ | | | |
| | Recommended price | | ████ | | | |
| | Delivery note | 803944503    from    04/28/2015 | | | | |
| | Order Reason | | | | | |
| 40 | 13102450493 | Men's Biom Golf  White/D.Blue Bi.UR/Outs | 1 | PAA | | |
| | Order | 5123566 | | | | |
| | Purchase order | CD417 | | | | |
| | Size | 44 | | | | |
| | Quantity | 1 | | | | |
| | Price | | ████ | | | |
| | Recommended price | | ████ | | | |
| | Delivery note | 803944503    from    04/28/2015 | | | | |
| | Order Reason | | | | | |

Subtotal    ████


MAKE CHECK PAYABLE TO:  Credit Tel:    1-800-454-3226  ECCO USA, Inc.
ECCO USA, INC.           Cust.Serv. Tel: 1-800-886-3226  16 Delta Drive
P.O.BOX 83360            Credit Fax:    1-800-898-1432  Londonderry,NH 03053
WOBURN, MA 01813-3360    DUNS        55 604 3982   www.eccousa.com

1007208 / 1007208
PENINSULA GOLF
PENINSULA GOLF
24 17TH AVE
SAN MATEO CA  94402

Delivery address
1007208
PENINSULA GOLF
PENINSULA GOLF
24 17TH AVE
SAN MATEO CA  94402

**Repeat Printout**

# Invoice

| Invoice no.<br>112505266 | Inv. date<br>05/05/2015 | Currency<br>USD | Terms of delivery<br>EXW   LONDONDERRY | Value date<br>05/05/2015 | Page No.<br>2 of 4 |
|---|---|---|---|---|---|

Subtotal ███

| Item | Material | Description | QTY | | Price | Value |
|---|---|---|---|---|---|---|
| 50 | 15151459015 | M. Golf Biom Hybrid 2 Concrete/Royal YUR | 4 | PAA | | |
| | Order | 5123566 | | | | |
| | Purchase order | CD417 | | | | |
| | Size | 42   43   46   47 | | | | |
| | Quantity | 1    1    1    1 | | | | |
| | Price | ███ | | | | |
| | Recommended price | ███ | | | | |
| | Delivery note | 803944503   from   04/28/2015 | | | | |
| | Order Reason | | | | | |
| 60 | 15151450612 | M. Golf Biom Hybrid 2 Black/Brick YUR/Ou | 1 | PAA | | |
| | Order | 5123566 | | | | |
| | Purchase order | CD417 | | | | |
| | Size | 43 | | | | |
| | Quantity | 1 | | | | |
| | Price | ███ | | | | |
| | Recommended price | ███ | | | | |
| | Delivery note | 803944503   from   04/28/2015 | | | | |
| | Order Reason | | | | | |
| 70 | 15151458470 | M. Golf Biom Hybrid 2 Camel/Fanta YUR/O | 2 | PAA | | |
| | Order | 5123566 | | | | |
| | Purchase order | CD417 | | | | |
| | Size | 45   47 | | | | |
| | Quantity | 1    1 | | | | |
| | Price | ███ | | | | |
| | Recommended price | ███ | | | | |
| | Delivery note | 803944503   from   04/28/2015 | | | | |
| | Order Reason | | | | | |
| 80 | 15059458871 | Men's Golf Street Ombre/Port/Brick Q/A/O | 1 | PAA | | |
| | Order | 5123566 | | | | |
| | Purchase order | CD417 | | | | |
| | Size | 42 | | | | |
| | Quantity | 1 | | | | |
| | Price | ███ | | | | |
| | Recommended price | ███ | | | | |
| | Delivery note | 803944503   from   04/28/2015 | | | | |
| | Order Reason | | | | | |

Subtotal ███



MAKE CHECK PAYABLE TO:  Credit Tel:        1-800-454-3226    ECCO USA, Inc.
ECCO USA, INC.          Cust.Serv. Tel: 1-800-886-3226    16 Delta Drive
P.O.BOX 83360           Credit Fax:      1-800-898-1432    Londonderry,NH 03053
WOBURN, MA 01813-3360   DUNS            55 604 3982        www.eccousa.com

1007208 / 1007208
PENINSULA GOLF
PENINSULA GOLF
24 17TH AVE
SAN MATEO CA  94402

Delivery address
1007208
PENINSULA GOLF
PENINSULA GOLF
24 17TH AVE
SAN MATEO CA  94402

**Repeat Printout**

# Invoice

Subtotal ███████

| Item | Material | Description | QTY | | Price | Value |
|---|---|---|---|---|---|---|
| 90 | 15059458808 | M.Golf Street Black/Sha.White/Pure Green | 1 | PAA | | |
| | Order | 5123566 | | | | |
| | Purchase order | CD417 | | | | |
| | Size | 45 | | | | |
| | Quantity | 1 | | | | |
| | Price | | | | ███████ | |
| | Recommended price | | | | ███████ | |
| | Delivery note | 803944503      from    04/28/2015 | | | | |
| | Order Reason | | | | | |
| 100 | 15059458807 | Men's Golf Street White/Titanium/Orange | 1 | PAA | | |
| | Order | 5123566 | | | | |
| | Purchase order | CD417 | | | | |
| | Size | 46 | | | | |
| | Quantity | 1 | | | | |
| | Price | | | | ███████ | |
| | Recommended price | | | | ███████ | |
| | Delivery note | 803944503      from    04/28/2015 | | | | |
| | Order Reason | | | | | |
| 110 | 15059458809 | M.Golf Street Birch/Black/Pure Green | 1 | PAA | | |
| | Order | 5123566 | | | | |
| | Purchase order | CD417 | | | | |
| | Size | 40 | | | | |
| | Quantity | 1 | | | | |
| | Price | | | | ███████ | |
| | Recommended price | | | | ███████ | |
| | Delivery note | 803944503      from    04/28/2015 | | | | |
| | Order Reason | | | | | |

Subtotal                1,562.50



MAKE CHECK PAYABLE TO:  Credit Tel:    1-800-454-3226   ECCO USA, Inc.
ECCO USA, INC.           Cust.Serv. Tel: 1-800-886-3226   16 Delta Drive
P.O.BOX 83360           Credit Fax:   1-800-898-1432   Londonderry,NH 03053
WOBURN, MA 01813-3360    DUNS       55 604 3982    www.eccousa.com

1007208 / 1007208
PENINSULA GOLF
PENINSULA GOLF
24 17TH AVE
SAN MATEO CA  94402

Delivery address
1007208
PENINSULA GOLF
PENINSULA GOLF
24 17TH AVE
SAN MATEO CA  94402

**Repeat Printout**

# Invoice

| Invoice no.<br>112505266 | Inv. date<br>05/05/2015 | Currency<br>USD | Terms of delivery<br>EXW  LONDONDERRY | Value date<br>05/05/2015 | Page No.<br>4 of 4 |
|---|---|---|---|---|---|

Subtotal ███

| Total No of Units |  | Gross Price |  | Total discount |  | Net Price |  |
|---|---|---|---|---|---|---|---|
|  | 16 |  | ███ |  | ███ |  | ███ |

| Postage/Freight | ███ | Surcharge | ███ | Net total | ███ | VAT | ███ | Total | ███ |
|---|---|---|---|---|---|---|---|---|---|

Terms of payment: ███

███████

Total     USD    ███

## ACCEPTANCE OF ORDERS

ECCO will have the right to accept or reject any order, and to accept orders in part, in its sole discretion.
ECCO will not be deemed to have accepted any order (or any portion thereof) from Purchaser until such products are delivered by ECCO to the carrier for delivery to Purchaser.

## PRICE/DELIVERY TERMS

Unless otherwise stated on ECCO's order acceptance or invoice, price and delivery terms are net ExWorks (ECCO's warehouse in Londonderry NH or elsewhere in the U.S. as designated by ECCO). All prices are subject to change without notice, and orders will be billed at prices prevailing at the time ECCO accepts Purchaser's written order. Partial shipment of an order will not bind ECCO to deliver the remainder of order at the same prices. Prices do not include any tax or other government charge or assessment upon the sale, shipment, production or use of the product ordered or sold hereunder. Purchaser will be solely responsible for, and will (upon demand) pay to ECCO, any such tax, charge or assessment (other than any such tax on or measured by ECCO's income).
An additional $5.00 per pair will be charged on all orders of fewer than six pairs. Charges are in addition to those shown on the current price list.

In the absence of specific shipping instructions, we will ship accordingly our best judgment. ECCO will not assume the responsibility of any transportation charge. ECCO will attempt to meet delivery schedules requested by Purchaser. However, all delivery indications are estimatesonly. ECCO will not assume any liability, consequential or otherwise, resulting from failure to deliver product in accordance with indicated delivery schedules.

## PAYMENT/SECURITY

Unless otherwise stated on ECCO's order acceptance or invoice, payment terms are thirty (30) days from delivery for shipments destined East of the Mississippi River and forty (40) days from delivery for shipments destined West of the Mississippi River.

Whenever ECCO in good faith deems itself insecure, ECCO may cancel any outstanding contract with Purchaser; revoke any extension of credit to Purchaser; reduce any unpaid debt by enforcing its security interest, created hereby, in the goods (and proceeds therefrom) furnished by ECCO to Purchaser; and take any other steps necessary or desirable to secure ECCO fully with respect to Purchaser's payment for goods or services furnished or to be furnished by ECCO.

## INSPECTION/ACCEPTANCE/RETURN

Purchaser must carefully examine and check all deliveries of product as they are received. Any alleged error, shortage, defect or nonconformity must be reported to ECCO within ten (10) business days after receipt of the product. Failure by Purchaser to comply with above will constitute Purchaser's waiver of any claim or right against ECCO arising hereunder or by laws with respect to any such error, shortage, defect, or nonconformity reasonably discoverable by such an examination and check, except and to the extent that such claims are valid under ECCO's warranty.

Any and all claims by Purchaser for damage or loss in transit will be made by Purchaser against the carrier. Please verify contents against packing slips. All claims for shipping shortages must be received within ten (10) business days of the transaction in question. Credit will only be issued after shortage is verified by ECCO.

ECCO will only accept returns for product that is shipped in error or deemed to be defective. A Return Authorization number must accompany all returns. Purchaser will direct return requests for non-defective merchandise to ECCO's Customer Service Department. For defective return requests, purchaser will direct requests to the Returns department at 1-888-863-1300 or fax 1-888-867-1300. All product returned must include a Return Authorization number, proof of purchase, and must be returned to Ecco USA Inc. [16 Delta Drive Londonderry, NH 03053 Any carton returned without a Return Authorization number will be refused. The risk of loss and expenses of return in connection with any returned product will be borne by Purchaser.

New/non-defective product which is returned with ECCO's authorization will be inspected and subject to a $3.00 per pair re-stocking fee. ECCO will not assume responsibility for any additional handling or freight charges.

## LIMITED WARRANTY

ECCO warrants that its product is free from defect in materials and workmanship at the time and place of delivery by ECCO. THE WARRANTY DESCRIBED N THIS PARAGRAPH SHALL BE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR MPL ED, INCLUDING, BUT NOT L MITED TO, THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. With respect to products which within 12 months from the date of delivery are found by ECCO to to have been defective at the time of delivery, Purchaser's remedies are exclusively limited to replacement of, or credit for, any defective product (at the option of ECCO) but such replacement, or credit shall be made only if Purchaser follows the Terms and Conditions set forth herein concerning Inspection/Acceptance/Return.

ECCO's warranty is made only to Purchaser. Purchaser shall make no warranty in its resale of ECCO's products more extensive than the warranty contained herein unless Purchaser clearly identifies that the warranty is the Purchaser's only and is not the responsibility of ECCO.

## REDISTRIBUTION

ECCO sells its product only to retailers for resale to consumers at approved locations. Sale or offer to sell from any other location, through any other medium, (including without limitation: mail order, catalog, Internet, Intranet or otherwise) is expressly prohibited unless previously authorized by ECCO in writing. Unless specifically prohibited by applicable law, sale, resale or transshipment from, in, to or through any unauthorized location, business, medium or to other than consumers is a violation of these Terms and Conditions of Sale. Purchaser agrees and understands that ECCO's policy is for the purpose of maintaining and enhancing the image and placement of its trademarks and trade name throughout the world. Purchaser acknowledges that ECCO will use all available remedies at law to protect its trademark image from unauthorized activities.

**CHIDOCS02:477375.3**
**April 16, 2002**

## LIMITATION OF LIABILITY

ECCO assumes no liability except as expressly provided in these Terms and Conditions. IN NO EVENT WILL ECCO BE LIABLE TO PURCHASER OR ITS CUSTOMERS FOR SPECIAL, INDIRECT, NCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER ARIS NG IN CONTRACT, N TORT, UNDER WARRANTY OR OTHERWISE. Purchaser shall indemnify ECCO against any claim (including the expenses of defending the claim) by any third party against ECCO alleging loss, damage, or injury, howsoever caused or arising, which claim is predicated on warranties issued by Purchaser exceeding those contained herein.

## TITLE AND RISK OF LOSS

Title to all product will pass to Purchaser when delivered to the carrier. Thereafter, except as otherwise specifically provided herein, all risk of loss and/or damage to any product ordered hereunder will be borne by Purchaser.

## CHANGE IN OWNERSHIP OR LOCATION

In the event of a sale of, or a partial or total change in ownership in,Purchaser or of any of Purchaser's approved locations, the new owner(s) additional locations) must apply to ECCO for approval as an authorized dealer for each such location. Purchaser will not be eligible to obtain ECCO# merchandise until an authorized officer of ECCO approves each such application in writing.

## PRODUCT CHANGES

ECCO expressly reserves the right, at any time and without notice, to discontinue the production of or change the specifications for any product. No such change in specifications will affect any order of product by Purchaser.

## ECCO TRADEMARKS

Purchaser will have no right to use any of ECCO's trademarks or trade names, including but not limited to the name and mark "ECCO#", except as solely and directly in connection with the sale or advertising of ECCO products in connection with the resale of such products to consumers. Purchaser will comply with all legal prerequisites and standards and specifications promulgated by ECCO governing the proper usage and display of such trademarks. Purchaser will have no right of any kind in or to any of ECCO's trademarks or trade names. ECCO expressly reserves the right to prohibit, restrict, or condition further in any way ECCO may deem necessary or appropriate, the use by Purchaser of any of ECCO's trademarks or trade names.

## MODIFICATIONS AND CANCELLATIONS

These Terms and Conditions of Sale may not be modified, terminated, or repudiated, in whole or in part, except in a writing executed by an authorized officer of ECCO. ECCO may, at its sole option, treat any attempted modification, termination, or repudiation to which it does notassent in writing, as a breach of the entire agreement. Purchaser will have no right to modify or cancel orders once submitted without ECCO's prior written approval.

## REMEDIES FOR PURCHASER DEFAULT OR BREACH

Upon any breach by Purchaser, or failure by Purchaser to comply with anyof these Terms and Conditions of Sale, or if Purchaser becomes unable to conduct its normal business operations (including inability to meet its obligations as they mature), or if Purchaser becomes the subject of any proceeding under any state of federal bankruptcy law or other law, or makes any assignment for the benefit of creditors, ECCO will have the right to immediately cancel or terminate any and all agreements with or obligations to said Purchaser relating to sales of product, in whole or such part, which may result in non-shipment or cancellation of Purchaser pending or future order(s) and/or termination of Purchaser's relationship with ECCO, and to recover from Purchaser all of ECCO's damages (including without limitation special, indirect, consequential and incidental damages) resulting therefrom or arising in connection therewith. All remedies in these Terms and Conditions of Sale will be cumulative and not exclusive and will be in additon to all other rights and remedies provided by applicable law, except as expressly excluded under the section "Limitation of Liability.". The exercise or failure to exercise any remedy by ECCO will not preclude the exercise of the same or other remedies under these Terms and Conditions of Sale.

## WAIVER

ECCO will not be deemed to have waived any provision of these Terms and Conditions of Sale or any breach by Purchaser of any provision of these Terms and Conditions of Sale, unless specifically set forth in writing and executed by an authorized officer of ECCO. No waiver by ECCO of any provision of these Terms and Conditions of Sale of any breach by Purchaser hereunder will constitute a waiver of such provision or breach on any other occasion.

### SEPARABILITY

The invalidity or unenforceability (in whole or in part) of any provision, term, or condition hereof, will not affect in any way the validity and enforceability of the remainder of such provision, term or condition, or any other provision, term or condition.

## APPLICABLE LAW/LIMITATIONS

The terms and conditions hereof, and the transactions contemplated hereby, will be governed by, construed and interpreted in accordance with the laws of the State of New Hampshire, with regard to its conflict of laws rules. Any legal action with respect to any such transaction, except claims ECCO may have for payment, must be commenced within one year and one day after the cause of action has accrued or will be deemed waived.

### ENTIRE AGREEMENT

The terms and conditions set forth herein, together with any additions or revisions agreed to in writing by an authorized officer of ECCO, will constitute the entire agreement and understanding of ECCO and Purchaser.